## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **MINARD RUN OIL COMPANY**, *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | Case No. 1:09-cv-00125-SJM |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNITED STATES FOREST SERVICE,** | ) | |
| *et al.,* | ) | *Electronically filed* |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF FREDERICK W. FESENMYER

I, Frederick W. Fesenmyer, hereby declare as follows:

1. My name is Frederick Fesenmyer, and I am President, Chief Operating Officer, and part owner of the Minard Run Oil Company, an oil and gas exploration and production company, located in Bradford, Pennsylvania. Minard Run is the oldest independent oil company in the world still operating on the same properties under the same family management for 134 years. I have held this position since 1982 and have been working in supervisory positions at the Company since 1976 when my father passed away. Our company employs approximately 65 people. I provided testimony in this case before this Court at the evidentiary hearing on the preliminary injunction motion on August 24, 2009. Minard Run is a member of the Pennsylvania Independent Oil and Gas Association (PIOGA).

2. I am quite familiar with the circumstances surrounding the original Minard Run case that was the subject of a decision and opinion from this Court in December 1980. *United States of America v. Minard Run Oil Co.,* 1980 U.S. Dist. LEXIS 9570 (Dec. 16, 1980). At that time I was the Vice-President of the Company and provided declarations in the course of those court proceedings.

3. That case, which I will refer to as *Minard Run I*, involved our operations on Warrant 3903 in McKean County in what was termed the "Flood 10 Project." The term "Flood 10" refers to the 10th phase of the water-flood operation that had been going on in that particular part of the Bradford Oil Field since the 1940s. The surface lands of almost all of Warrant 3903 are owned by the Forest Service and so are the lands to the north and west of Warrant 3903. Attached to this declaration for the Court's information are copies

of the recorded deeds that evidenced Minard Run's ownership of the oil and gas rights on Warrant 3903 as well as the 1938 deed whereby the Forest Service was deeded the surface rights. These same deeds are cited in Judge Knox's opinion of December 16, 1980 at "Findings of Fact" number 1 and 2. Minard Run's rights were acquired by way of two severance deeds: one dated July 1, 1890 and recorded at Deed Book 55, page 68; and the second dated December 29, 1891 and recorded at Deed Book 137, page 528. I have reviewed these two severance deeds and neither one contains any express reservation of water rights for purposes of supporting oil and gas drilling and production activity.

4.   Forest Service officials and Judge Knox were fully aware that water-flooding was the production method being used in the development operations involved in the case. There was testimony about our water-flood operations at the 1980 hearings. As part of the water-flood, we drilled numerous ground water wells on Forest Service surface lands to supply water by pipeline to the "Dent Pressure Plant" which, also being located on Forest Service lands, then pumped the pressurized water to our water injection wells for purposes of forcing oil through the subsurface pores into our oil wells. I don't know the exact number of water wells that we drilled, but it would have easily been several dozen wells over the years that we operated the water-flood.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Frederick W. Fesenmyer*

Frederick W. Fesenmyer

Dated: October 24, 2011

16398461

Exhibit 1
to

Declaration of Frederick W. Fesenmyer

# RECORDER OF DEEDS

## McKean  County

**RECORDER**
Anne C. Bosworth

**FIRST DEPUTY**
Laura M. Lord

500 W. Main Street
Smethport, Pennsylvania 16749
Ph. (814) 887-5571  Fax (814) 887-3255
Anne – Ext. 4262, Laura –Ext. 4260, Michelle–Ext. 4259

**SECOND DEPUTY**
Michele Voge

**SOLICITOR**
Michael P. Bake



# FAX COVER SHEET

| SEND TO | | From |
|---|---|---|
| Company name  PGE | | Mike Moovcy |
| Attention  SAM BECK | | Date |
| Office location | | Office location |
| Fax number | | Phone number |

☐ Urgent    ☐ Reply ASAP    ☐ Please comment    ☐ Please review    ☐ For your information

Total pages, including cover: _____

## COMMENTS

Sam,

I also mailed to you today

ever defend.

In Witness Whereof the said party of the first part has here
unto set his hand and seal the day and year first above
written.

Signed Sealed and Delivered }   Charles S. Whitney   (L.S.)
in the presence of

State of Pennsylvania } ss.
County of McKean

Be it remembered that on this Twenty
th day of February in the year One thousand Eight hun
dred and ninety before me a Notary Public in and for
said county personally appeared C. S. Whitney who I am
satisfied is the individual named in and who executed
the above Deed or Conveyance and I having first made
known to him the contents thereof he acknowledged
that he signed sealed and delivered the same as his
voluntary act and deed.

Witness my hand and Notarial Seal.

Robt. L. Edgett          { Notarial }
Mary Public              {   Seal   }

Deed.                          This Indenture made the
     Charles S. Whitney         First day of July in the year
            to                  of our Lord One thousand
     Hugh L. McMullan           Eight hundred and Eighty nine
                                Between Charles S. Whitney of the
     Entered Feb 12 - 1890      Village of Belmont County of
     J. M. McElroy Recorder     Alleganey and State of New York
     Wm. Elliott Dpy.           of the first part and Hugh L.
                                McMullan at the City of Bradford

County of McKean and State of Pennsylvania of the second
part, Witnesseth, that the said party of the first part for
and in consideration of the sum of Twelve Thousand
five hundred (12500) Dollars lawful money of the United
States of America unto him well and truly paid by the said
party of the second part at and before the sealing and
delivery of these presents the receipt of which is hereby ac
knowledged has granted bargained sold aliened released
conveyed and confirmed and by these presents do grant
bargain sell alien release convey and confirm unto the said
party of the second part his heirs and assigns all the
undivided one half (½) interest of in and to that certain
tract of land situate lying and being in the Township of
Lafayette County of McKean and State of Pennsylvania bounded

55

and described as follows to wit. Beginning at a hemlock stub
the southwest corner of Warrant No. 3903 thence East on War-
rant line five hundred (500) perches to a post thence North
one hundred and eighty two and six tenths (182 6/10) perches
to a small birch, thence East one hundred and four and
six tenths (104 6/10) perches to a post. thence North one hun-
dred and sixty four and four tenths (164 4/10) perches to a
post, thence East three and seven tenths (3 7/10) perches to a
post in East line of Warrant No. 3903 (said post being six
and four tenths (6 4/10) perches South of the southwest corner
of warrant No. 2265 thence North on warrant line three
hundred and fifty six (356) perches to a post the North
East corner of Warrant No. 2265 said post being in
South line of Lewis Hunn tract, thence West five hundred
and ninety three and four tenths (593 4/10) perches to a
post the North west corner of warrant No. 2265. thence south
on warrant line seven hundred and fourteen (714) perches
to the place of beginning. Containing Two Thousand five
hundred and thirty and 80/100 (2530 80/100) Acres more or less
and being Warrant numbered 2265 and part of Warrant
numbered 3903 and being same premises deeded by
Anna M. A. (Dent) Hull and Thomas S. Hull her husband to
Charles S. Whitney and Samuel A. Wheeler by Deed dated De-
cember 20th 1888 and recorded in Deed Book vol. 46 page
500 &c. And the said Samuel A. Wheelers interest having
been conveyed to Charles S. Whitney in Deed dated July 1st
1889. saving excepting and reserving nevertheless from the
above described premises unto the said Charles S. Whitney
his heirs and assigns forever all petroleum or rock oil in
or under said above described land together with suffi-
cient natural gas for use in developing and producing
said oil. And all mineral rights to the said above des-
cribed land and sufficient timber from said above des-
cribed land for all oil well rigs that may be erected thereon
together with all oil wells now upon said above described
land with the rigs boilers engines tanks casing tubing
pipe fittings fixtures and appurtenances to said wells be-
longing. Also together with all buildings now erected
upon said above described land. And also together with all
right of way and entry to over and across the said above
described land for the full and proper enjoyment of the
several exceptions and reservations hereinbefore excepted and
reserved to the said Charles S. Whitney his heirs and assigns
above grant is made subject to right of way granted to the

Manufacturers Gas Company its successors and assigns for a gas line under Articles of Agreement by C. S. Whitney and S. A. Wheeler dated December 13th 1887. Also subject to right of way or permit for National Transit Companys oil and gas lines and the Tidewater Pipe Company Limited all lines together with all and singular the tenements hereditament and appurtenances to the same belonging or in any wise appertaining and the reversion and reversions remainder and remainders rents issues and profits thereof. And also all the estate right title interest property claim and demand whatsoever both in law and equity of the said party of the first part of in to or out of the said premises and every part and parcel thereof subject to the exceptions and reservation aforesaid. To Have and to Hold the said premises with all and singular the appurtenances unto the said party of the second part his heirs and assigns to and for the only proper use and behoof of the said party of the second part his heirs and assigns forever. Subject to the exceptions and reservations aforesaid. And the said Charles S. Whitney for himself and his heirs executors and administrators does by these presents covenant grant and agree to and with the said party of the second part his heirs and assigns that he the said Charles S. Whitney and his heirs all and singular the hereditament and premises hereinabove described and granted or mentioned and intended so to be with the appurtenances unto the said party of the second part his heirs and assigns against the said party of the first part and his heirs and against all and every other person or persons whomsoever lawfully claiming or to claim the same or any part thereof shall and will by these presents Warrant and forever defend.

In Witness Whereof the said party of the first part has hereunto set his hand and seal the day and year first above written.

Charles S. Whitney        (L.S.)

Signed Sealed and Delivered }
in the presence of

State of Pennsylvania } s.s.
County of McKean }

Be it remembered that on this Twenty first day of January in the year one thousand Eight hundred and ninety before me the subscriber a Notary Public in and for said County personally appeared the above named Charles S. Whitney, now divorced, who I am satisfied is the individual named in and who executed the above

Emory O. Close
Notary Public Erie Co. N.Y. { Notarial
                               seal }

State of New York }
Erie County Clerks Office } ss

I Charles A. Brayton clerk of said
county and of the courts thereof, the same being courts of Record
do hereby certify that Emory O. Close whose name is subscribed
to the proof or Acknowledgments of the annexed instruments
in writing, was at the time of taking such proof or acknowledgm-
ents, a Notary Public in and for the said county duly commission-
ed, sworn and authorized to take the same, and further that
I am well acquainted with his handwriting and verily be-
lieve that the signature to the said proof or acknowledgments
is genuine, and further that the annexed instruments is
executed and acknowledged according to the laws of the
State of New York
In Testimony Whereof I have hereunto set my hand and affix-
ed the seal of said county at Buffalo this 7th day of
January A.D. 1892.         C.A. Brayton   { Official
                             clerk         seal }

---

Deed
C.S. Whitney   et al
              to
Lafayette Manufacturing
              Company

Entered Jan 11. 1892
J.M McElroy, Recorder
John R. Hollinshead Depy

This Indenture made
the Twenty ninth day of December
in the year of our Lord one th-
ousand eight hundred and nine-
ty one Between Charles S. Whit-
ney of Belmont New York singly
and H.L. McMullen and Lucy
M. McMullen his wife of the City
of Bradford McKean county,
Pennsylvania parties of the first
part, and the Lafayette Manufacturing Company, a corpora-
tion organized and existing under the laws of the State of
Pennsylvania, party of the second part, of the other part:-
Witnesseth that the said Charles S. Whitney and H.L. McMul-
len parties of the first part, for and in consideration of the sum
of Three Hundred Ninety five thousand. (395.000) Dollars law-
ful money of the United States of America unto them well and
truly paid by the said Lafayette Manufacturing Company par-
ty of the second part. at and before the sealing and delivery
of these presents the receipt whereof is hereby acknowledged
have granted, bargained, sold, aliened, enfeoffed released and
confirmed and by these presents do grant, bargain, sold, alien,

## 65

release and confirm unto the said Lafayette Manufacturing
Company its successors and assigns. —————

First. All that certain tract or parcel of land situate lying
and being in the Township of Lafayette County of McKean
and State of Pennsylvania, bounded and described as follows
to wit: Beginning at a hemlock stub the South West corner
of Warrant No. 3903; thence East on Warrant line five hund-
red (500) porches to a post. thence North one hundred and
eighty two and six tenths (182 6/10) porches to a small birch;
thence East one hundred and four and six tenths (104 6/10) por-
ches to a post; thence North one hundred and sixty four and
four tenths (164 4/10) porches to a post; thence East three and
seven tenths (3 7/10) porches to a post in East line of Warrant
No. 3903 said post being six and four tenths (6 4/10) porches
South of the South West corner of Warrant No. 2266; th-
ence North on Warrant line three hundred and fifty six
(356) porches to a post the North East corner of Warrant
No. 2265. said post being in South line of Lewis Run tract
thence West five hundred and ninety three and four tenths
(593 4/10) porches to a post the North West corner of Warrant
No. 2265. thence South on Warrant lines seven hundred and
fourteen (714) porches to the place of beginning. Containing two
thousand five hundred and thirty and 55/100 (2530 55/100) Acres
more or less. And being Warrant numbered 2265 and part of
Warrant numbered 3903; and being same premises deeded
by Anna M. A (Dont) Hull and Thomas G. Hull her hus-
band, to Charles A. Whiting and Samuel A. Wheeler by Deed
dated December 20th 1888 and recorded in Deed Book book
46 page 500 &c, and the said Samuel A. Wheelers interest hav-
ing been conveyed to Charles A. Whitney in Deed dated July
1st 1889. Saving Excepting and Reserving nevertheless from
the above described premises unto the said Charles A. Whit-
ney his heirs and assigns forever all petroleum or rock
oil in or under said above described land together with
sufficient natural gas for use in developing and producing
said oil, and all mineral rights to the said above descri-
bed land, and sufficient Timber from said above described
land for all oil well pipe that may be erected thereon. To-
gether with all oil wells now upon said above described
land with the pipe, boiler engines, tanks casing, tubing, pipe
fittings fixtures and appurtenances to said wells belonging Also
together with all buildings now erected upon said land de-
scribed land, and Also together with all right of way and
entry to over and across the said above described land for the

full and proper enjoyment of the several Exceptions and Re-
=servations hereinbefore excepted and reserved to the said Char-
les S. Whitney, his heirs and assigns. Above grant is made
subject to right of way granted to the Manufacturers Gas
Company, its successors and assigns for a gas line under Articles
by C. S. Whitney and S. A. Wheeler, dated December 13th 1887.
Also subject to right of way or permits for National Transit
Company's oil and gas line and the Tide Water Pipe Com-
pany Limited, oil line. _____

<u>Second.</u> All that tract or parcel of land situate in the
Township of Lafayette County of McKean and State of Penn-
=sylvania described as follows:- 1st Beginning at a post in the
East line of Warrant No. 3903 at the South East corner of Lot
No. 1 as surveyed by John W. Brooks thence running along said
Warrant line South 2° West seventy six and four tenths (76.4)
perches to a post; thence North 88° West one hundred and
four and seven tenths (104.7) perches to a post; thence North
2° East seventy six and four tenths (76.4/10) perches to a post,
thence along Lot No. 1 aforesaid South 88° East one hundred
and four and seven tenths (104.7/10) perches to a post the place of
beginning <u>containing Fifty (50)</u> acres of land plus measure be
the same more or less and being Lot No. 2 of the survey made by
John W. Brooks, Surveyor Oct 20th 1880 and a part of Warrant No.
3903. 2nd Beginning at a post in the Kittanning Road at the
South East corner of Lot No. 5 of the survey before mentioned
thence running along the Kittanning Road South 32° West
fifty four and eight tenths (54.8/10) perches to a post; thence
along the North line of Lot No. 4 North 88° West one hundred
and twenty four (124) perches to a post. thence North 2° East
forty seven and eight tenths (47.8/10) perches to a post, thence al-
=ong Lots Nos 2 and 5 one hundred and fifty and eight tenths
(150.8/10) perches to a post the place of beginning, containing forty
(40) acres plus measure be the same more or less and being Lot
No. 3 of the survey aforesaid, and a part of Warrants Nos 3903,
2256, 2264 and 2257, Being same premises described in
Deed by A C Miller to Charles S. Whitney and dated date
Jan. 29th 1881 and recorded in Deed Book Vol 7 page 44
Saving Excepting and Reserving nevertheless from this above
=scribed premises unto the said Charles S. Whitney his heirs
assigns, forever all petroleum or rock oil in or under said
above described land, together with sufficient natural
for use in developing and producing said oil and all
mineral rights to the said above described land and sufficient
timber from said above described land for all oil well pur-

there be erected) thereon together with all oil wells now upon
said above described land, with the engines, boilers, engines, tanks,
casing, tubing, pipe, fittings, fixtures, and appurtenances to said
wells belonging. Also together with all buildings now erected
upon said above described land; and Also together with
all rights of way and entry to, over and across said ab-
ove described land for the full and proper enjoyment
of the several Exceptions and reservations hereinbefore ex-
cepted and reserved to the said Charles S. Whitney his heirs
and assigns.————

**Third.** All the following described tracts or parcels of land
situate in the Township of Lafayette, in the County of McKean
in the Commonwealth of Pennsylvania, viz: Begin-
ning at the South Westerly corner of Warrant No. 2295, thence
Westerly to the South Easterly corner of a lot of land con-
veyed by John Wilkinson and Leeman R. Plumpton to John
Arnot of Elmira in the State of New York, being part of
Warrant No. 3437. Thence Northerly by line of said Arnot
Lot fifty (50) perches. Thence Westerly by the Northerly line
of said Arnot Lot ninety six (96) rods. Thence Southerly
fifty (50) rods to the South West corner of said Arnot Lot.
Thence Westerly to the South Easterly corner of lot No. 400 of
the Kingsbury survey. Thence Northerly by the Easterly line
of Lot No. 400 one Hundred and two (102) perches more or less
to the North Easterly corner of said Lot No. 400. Thence Westerly
to the South East corner of Lot No. 422. Thence Northerly
one hundred and one (101) rods more or less to a pepper tree
on the South side of the highway leading from Bradford
to Marshburg. Thence North easterly along said highway to
the North Westerly corner of Lot No. 401. Thence Southerly
one hundred and sixty seven and five tenths (167.5) rods more
or less to the South West corner of said Lot No. 401. Thence North
Easterly by Southerly line of Lot No. 401 one hundred and for-
ty four (144) rods more or less. Thence Southerly by line of
Lot No. 401 eighty four (84) rods more or less. Thence North East-
erly by line of Lot No. 401 one hundred and ninety (190) perches
more or less. Thence Northerly by Easterly line of said Lot
No. 401 twelve (12) rods; Thence by South easterly line of lot No.
435 ninety six (96) rods more or less to the South Westerly
corner of Lot No. 437. Thence Northerly by Easterly line of Lot No.
435 one hundred and fifty nine (159) rods more or less to the
highway aforesaid. Thence North Easterly along said highway
Eighty (80) rods more or less to the North westerly corner of Lot
No. 439. Thence by South westerly line of said Lot No. 439, one

hundred and forty four (444) rods more or less to the South
westerly corner of said Lot No. 439; thence North Easterly
by South easterly line of Lot No. 439 to lands of Robert Evans;
thence Easterly by Southerly line of said Evans land to the
South West corner thereof; thence Northerly by Easterly line
of said Evans Lot and land of William O. Brown to a point
in the South easterly line of Lot No. 443 distant fifty seven
(57) rods more or less South Westerly from the South West cor-
ner of Lot No. 447; thence by South Westerly line of said
Browns land to the South West corner of Lot No. 447 on the
Township line of Bradford and Lafayette. Thence Easterly
along said Township line to a point in the Westerly line
of lands of David E. Foster; thence Southerly by said
David E. Foster's Westerly line to a point in the Northerly
line of lands of Allan Foster in Lot No. 158; thence Westerly
to the North West corner of said Allan Foster's Lot; thence
Southerly to the South West corner of said Lot; thence Easterly
to the North east corner of land of William Foster; thence So-
utherly by the Westerly line of said William Foster's land to a
point in the Northerly line of land of Jacob Lewis; thence
Westerly twenty five (25) rods more or less to the North West cor-
ner of said Lewis Lot; thence Southerly by Westerly line of said
Lot one hundred (100) rods more or less to the South West corner
of said Lewis Lot; thence Easterly thirty one (31) rods more or
less to the Southerly line of said Lot; thence Northerly by said
lands of said Lewis and William Foster to a point in the South
erly line of lands of Allan Foster; thence Easterly by line of
said Allan Foster's lands in Warrant Number 2275 to the high
way leading from Bradford to Lafayette; thence Southwesterly al-
ong said highway to an angle. Thence Southerly sixty one (61) rods
more or less to the South West corner of lot Number 159; thence
Easterly by Southerly line of lot Number 159; Eighty two (82) rods
more or less to the highway aforesaid; thence Southerly along said
highway to a point in the Southerly line of Warrant Number
2275; thence Westerly by line of said Warrant to the place
of beginning the lands hereby conveyed being embraced in War-
rants Numbered 2275, 2277, 2276, 2278, 3437 and Sub division
Numbered 429 and 437 of the Kingsbury survey containing in
all Three Thousand Six Hundred and Eighty and one tenth
(3680.1) Acres more or less being the same premises which were
conveyed to Stephen V. White by Everett O. Chadwick Esq High
sheriff of the said County of McKean by deed bearing date
the 21st day of June A. D. 1872 and recorded in book "A" of
Sheriffs Deeds of said County at page 515 and conveyed by said

493

65

dry and divers deeds and conveyances to the said Charles L.
Whitney, Excepting and Reserving Nevertheless to the parties
of the first part, their heirs and assigns, out of and from
the above described property all that certain tract of
land bounded and described as follows, to wit: Beginning
at a post and stones the North West corner of the Lewis
farm, now Dr A Goston farm running thence South along the
West line of said Goston farm seventy one and four tenths (71.4)
rods to a stake, thence West twenty five (25) rods; thence North seventy two and two tenths (72.2) rods to a
stone and stones; thence East twenty four and four tenths (24.4)
rods to the place of beginning, containing Eleven and Nine
tenths (11.9) Acres. Also Excepting and Reserving to the par-
ties of the first part, their heirs and assigns, that certain
other tract of land bounded and described as follows:
Bounded North by land contracted to A. Slaton twenty
two and two tenths (22.2) rods, Easterly by the Lewis Run
Road three and seven tenths (3.7) rods, Southerly by lands
of C. L. Whitney and other and Westerly by land of William
A. Goston containing forty one one hundredths (41/100) of an
acre being a strip of land fifty (50) feet in width, and
extending from the lands of the said Goston to the Lewis Run
Road a distance of twenty two and two tenths (22.2) rods;
Subject to the Right of Way of the Bradford & Western Penn-
sylvania Railroad Company as described in conveyance
from C. L. Whitney and H. L. McMullan to said Bradford
& Western Pennsylvania Railroad Company dated        day
of 189 . Also subject to the Right of Way of the Man-
ufacturers Gas Company to successors and assigns for a gas
line as now constructed and operated over said property.
Also subject to Rights of Way or permits for the National Tr-
ansit Company's oil and gas line, and the Tide Water along the
Company Limited, oil line, as now laid down and operated
over a part of said land. Also subject to the right of
Way or permits for the pipe line of the Emery Oil Company.

**Fourth.** All that piece or parcel of land situate ly-
ing and being in Bradford City County of McKean and
State of Pennsylvania bounded and described as follows:
Beginning at a point in the Northerly line of St. James
Place the South West corner of Lot No. 1 of Whitney and
Wheeler Addition to Bradford 1877. 1878. and running
thence Northerly forty four and three tenths (44.3) feet
to the Southerly line of Lot No. 2; thence Westerly twenty
five feet along said Southerly line of Lot No. 2. Thence
Southerly forty four (44) feet to the Northerly line of St.

494

James Place Thence Easterly along the Northerly line of the
James Place twenty five feet (25) to the place of beginning
and being known as No. 201 of Dilatush & Wheeler addition
to Bradford 1877 as per map and survey of L. Gurtner said
map being now on file in the Recorders Office distinct
poct No in Deed Book 23 page 90. and being the same
premises heretofore conveyed by J H Wheeler and May C. Wh-
eeler his wife to S. D. Lockard aforesaid in trust for the
Columbian Society by deed bearing date September 13th
1890 and recorded in the Recorders office of McKean co-
unty in Deed Book Vol 52 page 418½ and by S. B
Lockard Trustee conveyed to the aforesaid C. P. Byron
by Deed bearing date Jany 20th 1891 and recorded in
the Recorders office of McKean county in Deed Book
Vol 60 page 468 &c and by C. P. Byron to Charles S
Dilatush by Deed dated January 20th 1891 and recorded
in the Recorders office of McKean county in Deed Book
Vol 60 page 472 &c

Fifth. All that tract or parcel of land situate ly-
ing and being in the Township of Lafayette County of Mc-
Kean and State of Pennsylvania containing four hun-
dred and thirteen Acres (413 A.) more or less described as
follows. Beginning at a post North West corner of Warrant
No. 3436. thence South one and one half degrees (1½°) West
forty six and five tenths (46.5) perches to a post; thence So-
uth eighty eight and one half (88½°) degrees East one hun-
dred and forty five and four tenths (145.4) perches to a post.
thence South by line of lots now or late in the possession of
J. Harsh and Orvis Newcomb, two hundred and nineteen
and three tenths (219.3) perches to a post; thence East two
hundred twenty eight and two tenths (228.2) perches to a
post in line of lots contracted to be sold to William Watkin
now J. V. A. Cration and others. thence North by line of said
lot two hundred and fifty six and six tenths (256.6) perches
to a post in re-survey of North line of Warrant No. 3436.
thence North Eighty eight degrees (88°) West by said re-survey
North line three hundred and seventy two and seven tenths
(372.7) perches to the place of beginning. being a part of
Warrant No. 3436.

Sixth. All the right title and interest of the parties of
the first part of in and to all that certain land real
estate situate lying and being in the Township of Lafayette
County of McKean and State of Pennsylvania bounded
and described as follows to wit; Beginning at a point sou-

65

only two (92) rods East of the North West corner of William Foster farm thence South along East line of lands formerly leased to Whitney and Nicolson twenty three (23) rods more or less to a post in line of land sold to Asa J. Foster; thence East along said land sold to Asa J. Foster twenty (20) rods to a point; thence North twenty three (23) rods more or less to a point in the North line of said William Foster land; Thence West along said North line of William Foster land twenty (20) rods to the place of beginning <u>con- taining two and six sevenths (2 6/7)</u> Acres of land and no more. <u>2nd</u> Beginning at a post fifty two (52) rods East from the North West corner of the William Foster farm thence South twenty four (24) rods more or less to a post; thence East twenty (20) rods more or less to a post, thence North twenty four (34) rods more or less to a post; thence West twenty (20) rods more or less to the place of beginning <u>containing three (3) acres</u> more or less, and both of the above described pieces of land being in Warrant No. 2278. being the same land loaned by William Foster to C. S. Whitney and A. L. McMullan by Loan dated July 10th. 1889 and recorded in the Records office of McKean County in Deed Book 52 page 349 &c. Subject Nevertheless to all the terms con- ditions and agreements contained in said Loan on the part of the said Whitney and McMullan to be kept and performed,

<u>Seventh.</u> All the right title and interest of C. S. Whit- ney and A. L. McMullan in the following described one hun- dred estate to wit; All that certain tract or parcel of estate situate in Lafayette Township, County of McKean and State of Pennsylvania Bounded and described as follows Beginning at the North West corner of the William Fos- ter farm thence East on East line of farm thirty two (32) rods to post; thence South on line parallel with West line of William Foster farm one hundred (100) rods more or less to a post in the North line of Isaac Foster farm thence South seventy two (72) degrees West thirty two (32) rods more or less to West line of William Foster's land, thence North on West line of said farm one hundred and six (106) rods to the place of beginning, con- taining twenty (20) acres of land more or less, being a grant of all the Oil of said land for twenty years conveyed by William Foster to the said S. A. Nicolson and C. S. Whit- ney by Indenture bearing date the 6th day of December A. D. 1879 and recorded in the office for the recording of

deeds at Smethport in said County of McKean in deed
Book Vol 5 at page 462, Subject nevertheless to all the
terms conditions and agreements contained in the said
Lease on the part of the said Whitney and McMullan
to be kept and performed. Together with all Oil Wells
rigs, tanks, boilers, engines, casing, tubing, rods, pipes, fittings,
connections and appurtenances thereof and thereunto belong-
ing, the above property being known as the Gaston Oil Right
Also all that certain leasehold estate situate in the Town
ship of Bradford County of McKean and State of Penn
sylvania bounded and described as follows to wit: Begin
ning at a post fifty two (52) rods East from the north
East corner of the William Gaston farm; thence South
twenty four (24) rods more or less to a post; thence East
twenty (20) rods more or less to a post; thence North twen-
ty four (24) rods more or less, to place of beginning con-
taining three (3) acres of land more or less, and being
a part of Lots numbered 158 and 350, being the same
premises demised and Leased by William Gaston to L.S.
Whitney and S.A. Dhoolen for the term of fifteen years by
Indenture of Lease bearing date the 27th day of May A.D. 1880
and recorded in the Office for the recording of deeds at
Smethport in the said County of McKean in Deed
Book Vol 5 at page 459, known as the William Gaston Lease
Subject nevertheless to all the terms conditions and agree-
ments ^continued in said Lease on the part of the said Whitney
and McMullan to be kept and performed Together with
all oil wells rigs tanks, boilers, engines, casing tubing rods
pipe fittings connections and appurtenances thereof or
thereunto belonging Also all that certain leasehold
estate situate in the Township of Lafayette County
of McKean and State of Pennsylvania bounded and
described as follows, to wit: Being Lot Numbered 153 of
the Lewis Run Tract as laid down on a plot of said
Tract surveyed and drawn by George L. Moody Sur-
veyor May 28th A.D. 1878, said Lot being in the Southern
early portion of said Tract being the same premises demised
and Leased by Charles S. Whitney and L.B. White to S.A. Dhoolen
and L.S. Whitney for the term of fifteen years by Indenture
of Lease bearing date the 1st day of March A.D. 1880 and
recorded in the Office for recording deeds at Smethport
in the said County of McKean in Deed Book Vol 32 at
page 228, Subject nevertheless to all the terms conditions
and agreements contained in said Lease on the part of the

Whitney and McMullen to be kept and performed together with all oil wells rigs tanks boilers engines casing tubing rods pipe fittings connections and appurtenances thereof and thereunto belonging. Also all that certain leasehold estate situate in the Township of Bradford County of McKean and State of Pennsylvania, being the South end ten (10) Acres of the D. E. Foston farm, located in a square form being the same premises demised and leased Bow-Jamme Hoagland A. D. Kelley and S. D. Kelley and A. Gillespie to McMahon Brothers for the term of fourteen years by Indenture of Lease bearing date the 9th day of February A.D. 1878 and together with the several assignments thereof recorded in the office for the recording of deeds at Smeth port in the said county of McKean in Deed Book Vol 19 at page 120 and in Deed Book Vol 32 at page 236.— Subject nevertheless to all the terms conditions and agreements contained in said Lease on the part of the said Whitney and McMullen to be kept and performed. Together with all oil wells rigs tanks boilers engines casing tubing rods pipe fittings connections and appurtenances thereof or thereunto belonging.

__Eighth.__ All those certain pieces parcels or tracts of land situate in the Township of Lafayette County of McKean and State of Pennsylvania bounded and described as follows to wit. Being Lots Numbers 15. 16. 17. 19. 21. 22. 23. 24. 25. 26. 27. 28. 29. 30. 31. 32. 33. 34. 35. 36. 37. 38. 39. 40. 43. 44. 45. 59. 60. 61 62. 63. 64. 65. 66. 67. 68. & Farm lot "B" and Farm lot "C" as surveyed by S. Gorton, Surveyor in October 1886 and shown on Map of U. S. District his Map of Lewis Run, McKean County. Penn sylvania made by said S. Gorton Surveyor in October 1886 and recorded in Recorders office of McKean County Pennsylvania on the 8th day of January 1887 in Deed Book Vol 39 page 90 reference thereunto being had, a more particular description of said Lots will fully and at large appear. Also a trian- gular piece shown upon said Map, hereinbefore referred to described as follows. Bounded on the North by McMullen Street, on the East by Lot 69, on the South by the I will on lot reference unto said map being had will more fully and at large appear. *Also a certain other lot shown on said Map, and described as follows Bounded on the East by the Right of Way of the Buffalo Bradford & Pittsburgh Rail road Company on the South by the South line of Farm lot "A" and Lot No 58 so extended as to intersect the right of Way of the said Buffalo Bradford & Pittsburgh Rail

65

road company, bounded South westerly by Sand Creek, bounded on North westerly by Rights of Way of the Bradford & Western Pennsylvania Railroad Company.

**Ninth.** All that certain piece parcel or tract of land situate in the Township of Lafayette County of McKean and State of Pennsylvania bounded and described as follows to wit: Commencing at a post on the East side of Road running from Bradford to Lafayette and South line of lot No. 158. thence East one hundred and sixty two (162) rods to a black ash re-entrant corner of Lot No. 284; thence South one hundred and two (102) rods to a post; thence West one hundred and thirty seven (137) rods to a post; thence North sixty one (61) rods to a post on South side of Road. thence North thirty one and a half (31½) degrees West fifty one and one half (51½) rods to the place of beginning containing Ninety and five tenths (90.5) acres more or less being Lot No. 159 and part of Warrant 2278. formerly owned by Daniel Kingsbury, Together with all and singular the Improvements Ways & also & also houses Rights Liberties Privileges Hereditaments and Appurtenances whatsoever thereunto belonging or in any wise appertaining and Reversions and Remainders Rents Issues and Profits thereof and all the estate right title interest property claim and demand whatsoever of Charles S. Whitney and H L. McMullan parties of the first part in law, equity or otherwise howsoever of in and to the same and every part thereof. To Have and to Hold the said land hereditaments premises hereby granted or mentioned and intended so to be with the appurtenances unto the said Lafayette Manufacturing Company its successors and assigns to and for the only proper use and behoof of the said Lafayette Manufacturing Company its successors and assigns forever. Subject nevertheless to the respective reservations, exceptions conditions and agreements herein contained And the said Charles S. Whitney and H L McMullan parties of the first part their heirs executors and administrators do by these presents covenant grant and agree to and with the said Lafayette Manufacturing Company its successors and assigns that they the said Charles S. Whitney and H L McMullan their — all and singular the hereditaments and premises herein above described and granted or mentioned and intended so to be with the appurtenances unto the said Lafayette Manufacturing Company its successors and assigns against them the said Charles S. Whitney and H L McMullan their heirs and against all and every other

499

## 65

person or persons whomsoever lawfully claiming or to claim the same
or any part thereof shall and will Warrant and forever
Defend.

In Witness Whereof the said parties to these presents have hereunto
interchangeably set their hands and seals the day and year first
above written.

Sealed and delivered   }
in the presence of us   }
                 C. S. Whitney       (L.S.)
                 H. L. Mullan       (L.S.)
                 Lucy M. McMullan    (Seal)

State of Pennsylvania  }ss
County of McKean     }

           On this 31st day of December Anno Domini
1891 before me a Notary Public in and for said County per-
sonally appeared the above named H. L. McMullan and Lucy
M. McMullan his wife and in due form of law acknowl-
edged the above Indenture to be their and each of them
act and deed and desired the same might be recorded
as such, and the said Lucy M. McMullan being of full
age and separate and apart from her said husband by
me thereon privately examined and the full contents of the
above Deed being by me first made known unto her did
thereon declare and say that she did voluntarily and
of her own free will and accord sign seal and as her act and
deed deliver the above written Indenture Deed or conveyance
without any coercion or compulsion of her said husband.
Witness my hand and notarial seal the day and year last afore-
said
           G. L. Roberts    { Notarial }
         Notary Public     { Seal }

State of New York  }
County of Allegany  }ss

           On this 1st day of January in the year
one thousand eight hundred and ninety two before me the
subscriber, personally appeared C. S. Whitney to me known
to be the same person described in and who executed the
within instrument and acknowledged that he executed the
same
         Geo. A. Green     { Notarial }
        Notary Public       { seal }

State of New York       }
Allegany County Clerks Office  }ss

           I Geo A. Green, Clerk of the County
of Allegany and also Clerk of the County and Supreme Courts for
the said County, the same being Courts of Record do hereby
certify that Geo. A. Green Esq before whom the annexed instrument

QUIT CLAIM DEED.

EMERY OIL CO. et al.

TO

MINARD RUN OIL CO.

ENTERED JUNE 4th, 1906.

*H.M.M.Chroaker*
RECORDER.

*P.J.Cummins*
DEPUTY.

THIS INDENTURE, mAde the twenty first day of May in the year of our Lord one thousand nine hundred and six between Lewis Emery Jr., and L.E.Hamsher, surviving partners of Lewis Emery Jr., L.E.Hamsher and W.R.Weaver, lately trading as The Emery Oil Company, Lewis Emery Jr., and Elizabeth A. Emery, his wife, L.E.Hamsher and Sara G.Hamsher, his wife, Helen A.Weaver, Mabelle W.Hazelton and Courtney E.Hazelton, her husband, and Clarence E.Weaver, all of the City of Bradford, Pennsylvania, and E.Genevieve Greene and George E. Greene, her husband, of Lockport, New York, parties of the first part, ....AND....Minard Run Oil Company, a corporation duly organized and existing under the laws of the Common-wealth of Pennsylvania, party of the second part, WITNESSETH, That the said parties of the first part, for and in consideration of the sum of one dollar ($1.00) and other valuable considerations, lawful money of the United States, unto them well and truly paid by the said party of the second part, at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, have remised, released and Quit-claimed, and by these presents do remise, release and Quit-claim unto the said party of the second part, its successors and assigns forever, ALL that certain piece, parcel or tract of land situate, lying and being in the Townshipsof Bradford, Lafayette and Foster, in the County of McKean and State of Pennsylvania, bounded and described as follows;   BEGINNING at a post on the east side of the public highway leading from Bradford Village to Lafayette Corners and in the South line of lot No.159; thence east fifty five (55) rods to a post at the South east corner of lot No.159; thence north ninety five (95) rods more or less, to a post ø in the south line of lot No.234; thence east one hundred and forty two (142) rods, more or less, to a post at the south east corner of lot No.462; thence North one hundred and sixty-eight (168) rods, more or less, to a post at the North-east corner of Lot No.462; thence west one hundred and fourteen (114) rods, more or less to a post in the East line of Lot No.283; thence North fifty-two rods and five tenths of a rod (52.5), more or less, to a beech tree at the North east corner of Lot No.283; thence east fifty seven (57) rods, more or less, to a sugar maple tree at the South-east corner of Lot No.282; thence North one hundred and nineteen (119) rods, more or less, to a post at the North east corner of Lot No.282; thence east eighty four (84) rods, more or less, to a beech tree at the South east corner of Lot No.281; thence North one hundred and three (103) rods, more or less, to a post at the North east corner of Lot No.281; thence east thirty eight (38) rods, more or less, to a post at the south east corner of lot No.154; thence North one hundred and twenty (120) rods, more or less, to a white ash tree at the North-east corner of Lot No.154; thence east forty nine rods (49) more or less, to a beech tree at the South-east corner of Lot No.152; thence North one hundred and three (103) rods, more or less to a beech tree at the south east corner of lot No.151; thence east one hundred and ten (110) rods, more or less, to a beech tree at the South-east corner of lot No.270; thence south forty nine (49) rods, more or less, to a sugar maple tree at the south-west corner of Lot No.271; thence east one hundred and four rods (104) more or less, to a post at the southeast corner of Lot No.271;

thence South sixty three (63) rods, more or less, to a beech tree at the South west corner of

Lot No.272; thence East one hundred and twenty eight (128) rods, more or less to a pine stump

at the South-east corner of Lot No.272; thence South twenty three (23) rods more or less, to a

post at the South west corner of Lot No.273; thence east sixty eight (68) rods, more or less, to

a beech tree at the south east corner of Lot No.273; thence South one hundred and five (105)

rods, more or less, to a post at the South west corner of lot No.324; thence east one hundred and

thirty eight (138) rods, more or less, to a beech tree at the south east corner of Lot No.324;

thence North forty three (43) rods and eight-tenths (8/10) of a rod, more or less, to a post at

the south west corner of lot No.423; thence east ninety five rods and eight tenths (95.8) of a

rod, more or less, to a post at the South east corner of lot No.423; thence North one hundred

and sixty seven (167) rods, more or less, to a post at the North east corner of Lot No.423; thenc

e West ninety five rods and eight tenths of a rod (95.8), more or less, to a sugar maple tree at

the North west corner of Lot No.423; thence North seventy one (71) rods, more or less, to a

post at the south-west corner of Lot No.456; thence east one hundred and sixty (160) rods,

more or less, to a beech tree at the south east corner of lot No.456; Thence North two hundred

and thirty three (233) rods, more or less, to a post in the East line of lot No.452; thence East

four hundred and twenty eight (428) rods, more or less, to a post in the East line of Warrant

No.3332; thence South seven hundred and fifty three (753) rods, more or less, to a post at the

South east corner of Warrant No.2283; thence West five hundred and seventy eight (578) rods,

more or less, to a post at the South west corner of Warrant No.2283; thence south along the East

line of Warrants Nos.2279 and 2274, as the line is now marked out, agreed upon and established

under agreement between Charles Willing and P.P.Morris, Trustees of the Estate formerly of Will-

iam Bingham, the elder, deceased, and John Allen Jr., Francis G.Babcock, Charles C.Melvin, Asher

B.Walker and George C.Howe, and recorded in the office of the Register of Deeds of McKean Co.,

Pa., March 19th, 1881, six hundred and seventy (670) rods, more or less, to the South east cor-

ner of Warrant No.2274; thence west along the south line of Warrants Nos.2274 and 2275, as the

line is now marked out, agreed upon and established under agreement between Charles Willing and

P.P.Morris, Trustees of the Estate formerly of William Bingham, the elder, deceased, and John

Allen Jr., Francis G.Babcock, Charles C.Melvin, Asher B.Walker and George C.Howe, and recorded

in the office of the Register of Deeds of McKean County, Pa., March 19th, 1881, seven hundred

(700) rods, more or less, to a post on the east side of the public highway leading from Bradford

Village to Lafayette Corners, and in the south line of Warrant No.2275; thence by said public

highway to the place of beginning, containing seven thousand (7000) acres of land, more or less,

being Warrants Numbers 2283, 2279 and 2274, and parts of Warrants Numbers 2275, 2278, 2285, 2284,

3321, 3329 and 3332, except a strip of land across the said Warrants Nos.2278 and 2275, of six

rods in width, as the same has been located and staked out by the Chief Engineer of the Buffalo,

Bradford and Pittsburgh Railroad, and also excepting and reserving from the aforesaid conveyance

so much of the aforesaid lands as have been heretofore sold and conveyed by John Allen Jr.,

Francis G.Babcock, Charles C.Melvin, Asher B.Walker and George C.Howe, to the parties hereinaf-

ter named in the quantities and number of acres hereinafter named to wit: To Wm.H.Johnson,

E.T.Johnson and Joseph Kittinger, by deed dated Oct.15, 1880, ninety nine acres of land; Luther

T.Soule, by deed dated Oct.15, 1880, sixty two acres of land; To James S.Patterson, deed dated

before recited, together with the right to repair same.  It is now also the intention of this

conveyance, and this deed does further convey to the party of the second part, whatever rights,

privileges and equities, and no more, that the said parties of the first part now have to enter

upon said before recited premises, or any of them, for the uses and purposes above set out.

ALSO, All that certain other piece, parcel or lot of land situate, lying and being in the

Township of Bradford, County of McKean and State of Pennsylvania, bounded and described as foll-

ows, to wit;  COMMENCING at a post on the west bank of the Tunungwant Creek at the South-east

corner of Lot No.137; thence west one hundred and fifty four (154) rods, more or less, to a

post at the South west corner of Lot No.137; thence South sixty five and one half (65-1/2) rods,

more or less, to a post;nthence east one hundred and seventy (170) rods, more or less, to a

post in the west bank of said Tunungwant Creek; thence down said Tunungwant Creek to the place

of beginning, CONTAINING sixty six acres and three tenths of an acre (66-3/10), more or less.

Reserving therefrom the strip of land occupied by the Buffalo, Bradford and Pittsburgh Railroad,

being two and one half acres or thereabouts, making the net amount sixty three acres and eight

tenths of an acre (63.8)more or less, as per contract for the sale of said land from Spencer M.

Tibbitts to Lewis Emery Jr., E.G.Patterson, David Emery and R.A.Watson, dated February 5, A.D.

1876.  ALSO All that certain other piece, parcel or tract of land situate, lying and being in

the  Township of Bradford, County of McKean and State of Pennsylvania, bounded and described as

follows, to wit;  BEGINNING at a post in the Southwest corner of Lot Two hundred and Forty (240)

thence North thirty one rods, more or less, to a post; thence West forty five (45) rods, more

or less, to a post; thence south forty four rods, more or less, to a post; thence south seventy

degrees east ninety six rods, more or less, to a post; thence North thirty nine (39) rods and

three fourths of a rod, more or less, to a post; thence west forty six rods, more or less, to

the place of beginning,  Containing twenty three and four tenths (23.4) acres of land, be the

same more or less, being a part of Lot three hundred and forty one (341) and in Warrant No.3313,

being the same lands conveyed by Lyman Cross and wife and Anna DeGolier to Henry Sherman by deed

dated December 21st, 1878, subject to oil lease now in force.

ALSO, All that certain other piece, parcel or tract of land situate, lying and being in the

Township of Bradford, County of McKean and State of Pennsylvania, bounded and described as foll-

ows, to wit;  Beginning at a post in the west line of lot No.175 and fifty six and seventy-two

one hundredths (56.72) rods  South of the Northwest corner of said lot No.175; thence east one

hundred and fifty six rods to a post in East line of said lot 175; thence south fifty two and one

half rods to a post in said East line; thence west one hundred and fifty six rods to a post

in the west line of said lot 175; thence North fifty two and five tenths (52.5) rods to the pla-

ce of beginning, CONTAINING fifty one and two tenths (51.2) acres of land, more or less, being

part of lot No.one hundred seventy five in Warrant 3317;  Being the same premises conveyed to

C.A.Whitney, H.P.Whitney and S.A.Wheeler by deed dated Feby.19th, 1880, and recorded in the Recor

ders office in and for McKean County, Pa., in Deed Book Vol.9, page 403 etc., and the interest

of H.P.Whitney having been vested in C.A.Whitney by deed dated October 12, 1883, and recorded in

said Recorders Office in Deed Book Vol.23, pAge 200 etc., and the interest of S.A.Wheeler having

been conveyed to C.S.Whitney by deed dated July 1st, 1889, and recorded in said Recorders Office

in Deed Book Vol.50, page 458 etc.

530

Oct.20th, 1880, twelve and 50/100 acres of land; To R.H. and G.C.Gray, by deed dated Sept.30,

1880, twenty four and 76/100 acres of land; To Harris Wallace and Brown, by deed dated Sept.

28, 1880, twenty four and 76/100 acres of land; To C.A. and P.H.Lupher and Donahue, by deed

dated September 28th, 1880, twenty four and 76/100 acres of land; To Geo.H.Van Vleck, F.W.

Mitchell and F.H.Steele, by deed dated Sept.30, 1880, twenty four and 76/100 acres of land;

To Henry and Frederick Fisher, by deed dated Sept.27th, 1880, fifty and 9/100 acres of land;

To C.H.Andrews and Wm.T.Hitchcock, by deed dated Sept.28, 1880, one hundred and 1/100 acres

of land. To Joseph N.Pew, by deed dated Sept.29,1880, twenty five acres of land; To E.A.Boyne

C.M.Colwell and W.T.Penny by deed dated Sept.30, 1880, fifty and seven one hundredths (50.07)

acres of land; To Edward Jennings and William Forgie, by deed dated Oct.22, 1880, twenty five

acres of land. To John A.Gartlan, by deed dated Oct.13, 1880, twenty five acres of land. To

John Fertig, R.E.Hopkins and C.F.Lufkins, by deed dated Oct.1st, 1880, fifty and 12/100 acres

of land. To Wm.B.Sterrett, Jas.H.Davis and G.C.Hyde, by deed dated Oct.1, 1880, fifty and

1/100 acres of land. To Henry Beard, Wm.M.Page and Jno.F.McCormick, by deed dated Oct.22,1880

twenty five acres of land; To C.H.McKevit, M.L.Lockwood and J.M.Dickie, by deed dated Nov.4,

1880, twelve and 50/100 acres of land. To Kittinger and Johnsons, by deed dated Nov.10, 1880,

twenty four and 41/100 acres of land; To Chillion Farrar, by deed dated Nov.24th, 1880, thirty

nine and 78/100 acres of land. To H.P.Whitney, by deed dated Dec.24, 1880, twenty five acres

of land. To Abel B.Smith, by deed dated Jan.3rd, 1881, twenty five acres of land. To Elinor

Strong, by deed dated Jany.7, 1881, twenty five acres of land. To Joseph Kittinger and George

H.Crippen, by deed dated Dec.28, 1880, fourteen and 6/100 acres of land. To W.H.Johnson, E.T.

Johnson and Jos. Kittinger, by deed dated Feby.9, 1881, fourteen and 77/100 acres of land. To

Frederick Fisher, by deed dated Feby.10, 1881, two and 75/100 acres of land. To L.T.Soule by

deed dated Feby.10, 1881, one and 30/100 acres of land. To Johnsons and Kittinger, by deed

dated Feby.10th, 1881, two and 67/100 acres of land. To John Fertig, R.E.Hopkins and Lufkins,

by deed dated Feby.10, 1881, two and 70/100 acres of land. To Sterrett, Davis and Hyde, by

deed dated Feby.10, 1881, two and 66/100 acres of land. To E.A.Boyne, Colwell and Penney, by

deed dated Feby.10, 1881, two and 79/100 acres of land. To E.A.Boyne, Colwell and Penny, by

deed dated Sept.1st, 1881, twenty three and 32/100 acres of land. To Geo.C.Howe, by deed dated

Nov.23, 1881, twenty eight acres of land. All of said above recited (excepted and reserved)

lands being located in Warrants No.2274 and 2279. And this conveyance is also made subject

to all the conditions of four certain Leases each bearing date Oct.7, 1882, made and executed

by and between F.G.Babcock, D.D.Babcock, John Allen Jr., C.C.Melvin, and A.B.Walker, of the

first part, and J.J.Vandergrift, President of the United Pipe Lines, a corporation, of the

second part, and covers five acres of land as near as may be, as will fully appear by said

leases to which reference is made. And whereas in the conveyance of the above named and des-

cribed (excepted and reserved lands) the deeds of conveyance for same, made by the said John

Allen Jr., and others to the various parties, as above set forth, fully recite that the said

John Allen Jr., and others reserve for themselves, their Vendees, Lessees and assigns, the

right of way over and across said lands to the other lands adjacent or adjoining thereto, own-

ed or occupied by said John Allen Jr., and others, as aforesaid, and toget er with the right

to erect and maintain a Tram, Rail or other Road over and across each of said lots of land as

ALSO, All that certain other piece, parcel or tract of land situate, lying and being in the Township of Bradford, County of McKean and State of Pennsylvania, bounded and described as follows, to wit; Being the undivided one half (1/2) part of that certain lot of land described as follows, to wit; Being the South one fourth (1/4) of Lot No.157, in Warrant No.3317, bounded South by the Hawkins farm; on the north by the lands formerly owned by Farnham and Beaver and deeded by them to Whitney and Wheeler; Containing twenty six (26) acres of land, more or less; Being the same land conveyed by G.F.J.Tait to the parties grantors of Whitney and Wheeler, to-wit; Alfred Short, Eli R.Loomis and Charles E.Parsons by deed dated February 10th, 1877, and recorded in the Recorders Office in and for McKean County, Pa., in Deed Book Vol."W" page 90 etc., and conveyed to said C.S.Whitney, S.A.Wheeler and H.P.Whitney by deed dated Feby.10, 1881, by said Alfred Short, et.al. and recorded in the Recorders Office in and for McKean County, Pa., in Deed Book Vol. No.9, page 407 etc., and by the said H.P.Whitney conveyed to C.S. Whitney by deed bearing date October 12th, 1883, and recorded in said Recorders Office in Deed Book Vol.No.23, page 200 etc., and by the said S.A.Wheeler conveyed to C.S.Whitney by deed dated June 1st, 1889, and recorded in said Recorders Office in Deed Book Vol. No.50, page 456, etc. And all the royalty interest in those certain six oil wells situate on said land and conveyed by Jabez Rogerson to C.S.Whitney and S.A.Wheeler by deed dated March 24th, 1888 and recorded in said Recorders Office in Deed Book Vol.No.43, page 196 etc., and all those two certain leaseholds, part of above described land, created by Lease from Short, Loomis and Parsons to Charles Haslett, dated Feby.14th, 1880, and by Charles Haslett assigned to Whitney and Wheeler by assignment dated April 30th, 1881, and by a certain other lease from Short, Loomis and Parsons to S.Short by lease dated May 1st, 1877, and assigned to Whitney and Wheeler by assignment dated Feby.10th, 1881;  ALSO, All that certain other piece, parcel or tract of land situate, lying and being in the Township of Bradford, County of McKean and State of Pennsylvania, bounded and described as follows; Beginning at a post in the south line of the Buffalo and Bradford Railroad; thence east eight and eight tenths (8.8) rods, more or less to a post; thence south 58° West six and eight tenths (6.8) rods, more or less, to a post; thence North 83° West two and seven tenths (2.7) rods, more or less to a post; thence North seventy four degrees (74°) west four and seven tenths (4.7) rods, more or less, to a post in the eastern limits of the Railroad; thence by line of said Railroad fourteen (14) rods, more or less, to the place of beginning, Containing five-eighths of an acre, more or less, in Warrant 3306, and being the same land conveyed by J.E.Blair and wife to Christian Tibbits, by deed dated May 10th, 1879 and by Christian Tibbits and George Tibbits, her husband, conveyed to John S.Wilson by deed dated July 7th, 1881, and recorded Dec.5th, 1881, in Deed Book Vol. No.12, page 452 etc., and conveyed to C.S.Whitney by A.F.Bannon, Sheriff of McKean County, by deed dated Feb.23rd, 1886, recorded in said Recorders Office in Deed Book Vol.No.33, page 37 etc.     ALSO, all that certain other piece, parcel or tract of land situate, lying and being in the Township of Bradford, County of McKean and State of Pennsylvania, bounded and described as follows, to wit; BEGINNING at a post in the south bounds of the highway leading from Marshville to Bradford, distant eight (8) rods northwestwardly from the North corner of Lot Number four hundred forty one (441); thence running South 42° West along said highway, one hundred and two and 60/100 (102.60) rods, more or less, to a post at the North corner

hundred fifty eight and sixty four one hundredths (158.64) rods, more or less, to a post at the
East corner of Lot number four hundred and thirty nine (439) thence south 49° West along the
South east bounds of said Lot sixty six and 16/100 (66.16) rods, more or less to a post at the
intersection of the North line of Division No.3 in Warrant Number two thousand two hundred
seventy seven (2277) with the south east bounds of said lot Number four hundred thirty nine (439)
thence east one hundred forty eight and 96/100 (148.96) rods, more or less, to a small beech
tree at the North east corner of said Division number three (3); thence North eighty six and
40/100 (86.40) rods, more or less, to a post; thence North forty one degrees West and parallel
with the Northeasterly bounds of lot number four hundred forty one (441) two hundred and four
(204) rods, more or less, to the place of beginning,   Containing one hundred fifty nine and
43/100 (159.43) acres of land, be the same more or less.  Being lot Number 441, part of Lot No.
443 and part of Division Number 2, in Warrant Number 2277 of the Kingsbury Surveys.  Being also
the same land conveyed to Robert Evans by deed ✗ from Samuel P.Beecher, Trustee, dated February
21st, 1859, and recorded in the Recorders office in the said County of McKean in Deed Book 'K",
page 202 etc.   ALSO, All those certain other pieces, parcels or tracts of land situate, lying
and being in the Township of Bradford, County of McKean and State of Pennsylvania, bounded and
described as follows, to wit;  Beginning at a post in the west side of the Buffalo, Bradford and
Pittsburgh Railroad, opposite station 182 ✛ 40, and in the North line of the School-house lot;
thence west twelve (12) rods, more or less to a post in the center of the road or highway lead-
ing up the Tunungwant Creek; ✗ thence south along the center line of said road twenty six and
one half (26.1/2) rods to a post in the North line of lands conveyed to N.DeGolier; thence west
along the North line of DeGoliers land one hundred and nine (109) rods, more or less  to a
sugar maple tree in the east line of lot No.275; thence North two (2) rods, more or less, to a
sugar maple tree at the North east corner of said Lot No.275; thence west one hundred and four
(104) rods, more or less, to a post at the North west corner of Lot No.425; thence North ninety-
four and one-half (94-1/2) rods, more or less, to a post ✗ at the North-west corner of said lot
No.425; thence east two hundred and nineteen (219) rods, more or less to a post in the west line
of the Buffalo, Bradford and Pittsburgh Railroad, opposite station 171✛04; thence south along
the west line of said Railroad sixty nine (69) rods, more or less, to the place of beginning.
ALSO one other piece of land bounded as follows;  Beginning at a post in the west bank of the
Tunungwant Creek and in the East line of the Buffalo, Bradford nad Pittsburgh Railroad, opposite
Station 185✛65; thence North along the east line of said Railroad eighty eight and one half
(88-1/2) rods. more or less, to a post in the east line of said Railroad, opposite Station 171✛
04; thence east fourteen (14) rods, more or less, to a post on the west bank of Tunungwant Creek;
thence up said Creek to the place of beginning, Containing in all one hundred and thirty-three
(133) acres, more or less, being Lot No.425 and the South part of Lot 143, and the North part
of Lot No.145 in Warrant 3310.  Subject to an oil lease made to Johnathan Watson, January........
1876, and also subject to all leases made by Michael K.Deiter for building purposes.  Reserving
one acre heretofore deeded by Michael K.Deiter and wife to Frazee Griffin; also one acre deeded
in like manner to Davis and Hall;  also reserving the surface right in two pieces---one deeded
to William R.Young---80 feet by 160 feet---, and the other piece 55 feet by 100 feet deeded by
Michael K.Deiter and wife to Charles Palmer-   ALSO excepting and reserving out of the said one

hundred thirty three (133) acres last above described so much thereof as was conveyed by Lewis Emery Jr., and others to The Country Club of Bradford, Pennsylvania, by deed dated November 23, 1905, recorded in the Recorders office in and for McKean County in Deed Book Vol.135, page 307 etc.; reference to said deed is hereby had for more definite information as to this reservation.  ALSO, All that certain other piece, parcel or tract of land bounded and described as follows; All that certain one-half of lot Number Sixty one (61) being the west half, situate in Kinzua Township, Warren County, Pennsylvania, CONTAINING one hundred and twenty five (125) acres of land, more or less; Bounded North by Tract No.forty eight (48) East by residue of tract sixty one (61); South by tract No.seventy two (72); and North by tract No. Sixty (60); being the same land conveyed by C.W.Stone and wife and Lydia D.Marsh by deed dated September 25, 1880.  ALSO, All the following piece, parcel or tract of land situate, lying and in the Township of Bradford, County of McKean and State of Pennsylvania, bounded and described as follows, to wit;  BEGINNING at a post and stones at the North west corner of Lot No.387; thence South fifty nine (59) rods, more or less, to a beech on the North line of Warrant No.3310; thence west one hundred and forty two and 66/100 (142.66) rods, more or less, to a post and stones; thence North fifty five (55) rods, more or less to a post and stones; thence East one hundred forty two and 66/100 (142.66) rods, more or less, to the place of beginning, Containing fifty (50) acres of land, more or less, being Lot No........and a part of Warrant No. 3313.  ALSO All the undivided one half of all the oil and gas to and in that certain other piece, parcel or lot of land situate in the City of Bradford, and Township of Foster, County of McKean and State of Pennsylvania, containing about ninety one (91) acres of land adjoining the Schoonover and Raub Farms, and known as the Lincoln lot, subject to ALL oil leases now in force.  Together with all the oil wells, machinery, tanks, rods, tubing, casing, rigs, fixtures, fittings, etc., on any and all of he lands hereinbefore described and to the said land or wells thereon belonging or in anywise appertaining.  ALSO, All that certain leasehold Estate situate, lying and being in the Township of Lafayette, County of McKean and State of Pennsylvania, bounded and described as follows, to wit;  BEGINNING at a hemlock stub the Southwest corner of Warrant No.3903, thence East in Warrant line five hundred (500) perches to a post; thence North one hundred eighty two and 6/10 (182.6) perches to a small birch; thence East one hundred and four and six tenths (104.6) perches to a post; thence North one hundred sixty-four and four tenths (164.4) perches to a post; thence east three and seven tenths (3.7) perches to a post in the East line of Warrant No.3903, said post being six perches and four tenths of a perch (6-4/10) South of the Southwest corner of Warrant No.2266; thence North on Warrant line three hundred and fifty six (356) perches to a post the Northeast corner of Warrant No.2265, said post being in south line of Lewis Run tract; thence west five hundred ninety three and four tenths (593.4) perches to a post the Northwest corner of Warrant No.2265; thence south on warrant line seven hundred and fourteen (714) perches to the place of beginning. Containing two thousand five hundred and thirty and fifty eight one hundredths (2530.58) acres more or less, and being Warrant No.2265, and part of Warrant No.3903.  Subject, nevertheless, to the right of way heretofore granted to X the Manufacturers Gas Company, and the right of way heretofore granted to the National Transit Company, and the right of way heretofore granted to the Tide Water Pipe Company, Ltd.  Second;---Those certain two tracts or parcels of

ribed as follows, to wit;   1.  Beginning at a post in the east line of Warrant No.3903, at the South east corner of Lot No.1 as survey by John W. Weeks; thence running along said Warrant line South 2° West seventy six and four tenths (76.4) perches to a post; thence North eighty eight degrees West one hundred and four and seven tenths (104.7) perches to a post; thence North 2° East seventy six and four tenths (76.4) perches to a post; thence along Lot No.1 aforesaid South 88° East one hundred and four and seven tenths (104.7) perches to a post the place of beginning, Containing fifty acres, more or less, and being Lot Number two (2) of the survey made by John W. Weeks, Surveyor, Oct.25, 1880, and a part of Warrant No.3903.  Subject to lease to Mullin and Mills, dated Nov.10, 1881, recorded McKean Co., Pa., in Deed Book 13, page 412.   (2)  Beginning at a post in the Kittanning road at the south east corner of Lot Number five (5) of the survey before mentioned; thence running along the Kittanning road South 32° West fifty four and eight tenths (54.8) perches to a post; thence along the North line of Lot Number four (4) North 88° West one hundred and twenty four (124) perches to a post; thence North 2° East forty seven and eight tenths (47.8) perches to a post; thence along lots numbers two and five one hundred and fifty and eight tenths (150.8) perches to a post the place of beginning. CONTAINING forty (40) acres strict measure be the same more or less, being lot Number three (3) of the survey afore-said and a part of Warrant numbers 3903, 2256, 2264 and 2257.  Subject, nevertheless, to the fol-lowing rights of way  (a)  Right of Way of the Manufacturers Gas Company  (b)  Right of Way of the National Transit Company;  (c)  Right of Way of the Tide Water Pipe Company Limited.

     THIRD;  All those certain tracts of land situate in the City and Township of Bradford, County of McKean and State of Pennsylvania, bounded and described as follows, to wit;   1.  Beginning at a post at the North west corner of land conveyed to S.M.Tibbits; thence 3-1/4° East by line of road to a post on south side of Main street in Bradford City forty seven (47) rods, more or less; thence North 88-1/2° East by line of said Main street four (4) rods, more or less, to a post; thence North 37° East by road leading to Tarport sixty six (66) rods, more or less, to a post; thence by line of said last mentioned road North 54° East eighteen (18) rods, more or less to a post at the North west corner of G.W.Raubs land; thence South 43-1/4° East by said Raub land thirty six and one half (36-1/2) rods, more or less, to a post; thence south by line of said Raubs land eighty three and one half (83-1/2) rods, more or less, to a post the North east cor-ner of lands conveyed to S.M.Tibbits; thence west by line of said Tibbits lands eighty two (82) rods, more or less, to place of beginning.  Containing forty four (44) acres more or less. Provided, however, that no drilling shall be done upon that portion of this land laid out as buil ding lots and more fully shown on map of said lots described as follows, to wit;  Map of East side building lots of Whitney and Wheeler in Bradford, Pa., 1877-79 by L.Gorton, Surveyor, and recorded in the Recorders Office in and for McKean County, Pa., in Deed Book Vol.No.23, page 89; Map of Addition to  east side building lots of Whitney and Wheeler in Bradford, Pa., June,1889, by F.M.Webster, Surveyor, and recorded in said Recorders Office in Deed Book Vol.No.50, page 30, refenence to said maps being had the same will more fully and at large appear.  This proviso, however, shall not be construed to in any manner, encumber or prevent the parties of the second part from operating those wells now  on said portion of said land laid out as building lots, and the right to operate said wells with the right of ingress, egress and regress to the same is ex-pressly reserved to and granted to the said party of the second part, its successors and

137

FOURTH;   All those certain pieces, parcels or tracts of land described as follows, to wit;

1.   All that second tract of land situate X in Bradford Township, McKean County, State of Pennsylvania, bounded and described as follows, to wit; Beginning at a point in the Corydon Raod where the West boundary line of the City of Bradford intersects said road; thence westerly along said Corydon Road to a post the corner of land contracted by C.S.Whitney and S.A. Wheeler to D.A.Burnett by Articles dated May 7th, 1883; thence North 35° west along line of said land contracted to said Barnett twenty five (25) rods to the Railroad limit; thence Northeasterly along line of Railroad limit to a point where the southwesterly line of land deeded to Phillip Stever by deed dated Dec.5, 1885, touches the southerly limit of said railroad, being also a point where the northerly bank of the west branch of Tuna Creek intersects said southerly railroad limit; thence along and down the northerly bank of said west branch of Tuna Creek and its various windings to a point in the west line of the City of Bradford; thence southerly along said west boundary line of the City of Bradford to the place of beginning. Containing fourteen and eighty five one-hundredths (14-85/100) acres, more or less, and being a part of lots numbers 223 and 225 in Warrant No.3316.   (2)  All that certain tract or parcel of land situate in the Township of Bradford, County of McKean and State of Pennsylvania, bounded and described as follows, to wit;  Beginning at a point in the south eastern limit of railroad and opposite by right angle to the northwesterly corner of oil derrick now or formerly of Whitney and Wheeler and known as derrick No.8, on four and 85/100 acres adjoining this land on the North east; thence southwesterly along railroad limit five hundred and fifty (550) feet to a post; thence south 35° east three and two tenths rods to a post; thence south 51-1/2° West eight (8) rods to a post; thence North 37° West three and two tenths rods (3-2/10) to a post in railroad limit; thence by railroad limit northeasterly to a post the second point from the place of beginning and containing fifteen one-hundredths (15/100) of an acre with right of way to same as described in contracts between C.S.Whitney and S.A.Wheeler of the one part and D.S. Burnett of the other part dated May 7th, 1883 and Feby.26th, 1889, respectively.   (3)  All that certain lot or parcel of land situate in Bradford City and McKean County and State of Pennsylvania and described as follows, to wit;  Being the North side of Barbour street and adjoining lands of Chas. Smith on the east and lands now or formerly of D.C.Hodges on the west, being about eighty (80) feet on said Barbour street and being part of lots Nos.169, 170, 171, 172 and 173, as shown on map made by L.Gorton, Surveyor, recorded in McKean Co., Pa., in D.B.23, page 90, and containing so much land as is necessary for the maintenance and operation of the oil well now situate thereon.   (4)  All that certain tract or parcel of land situate in the City of Bradford, County of McKean and State of Pennsylvania bounded and described as follows, being lots A, B, C, N.O.T.U.W. and X. as shown on map of C.S.Whitney lots on Corydon street in Bradford City, made by F.M.Webster, Surveyor, November 1889, and recorded in the Recorders office in and for McKean County, Pa., in Deed Book Vol. 53, page 350, refenence to the same being had a more particular description of said land will fully and at large appear, with right of way through, over and across the adjoining lands to the wells now located on said land and containing sufficient land to maintain and operate the oil wells upon said land.   (5)  All that certain piece, parcel or lot of land situate, lying and being in the Township of Bradford, County of McKean and State of Pennsylvania and

On the south by lands of D.S.Burnett and railroad; on the east by railroad right of way on the North by the lands now or formerly of Newell, and on the west by the highway extension of Corydon St., containing one and one half acres, more or less, part of Lot No.225, in Warrant No.3316, and being the most Western part of tract described in Deed from Wm.Mack to C.S.Whitney, dated April 21, 1877. Being the same created by that certain Indenture of lease made by C.S.Whitney to Lewis Emery Jr., W.R.Weaver and L.E.Hamsher, dated July 15th,1890, recorded in the Recorders office in and for McKean County, Pennsylvania, in Deed Book Vol.58, at page 151, etc., for oil and gas purposes for the term of twenty years or so much longer as oil or gas is produced therefrom in paying quantities. Together with the oil wells, rigs, boilers, engines, tubing, casing, rods, tanks, machinery, pipe, fittings, etc., thereon and to the said leasehold and wells belonging or in anywise appertaining.   ALSO, All the oil and gas being on, in and lying beneath the surface of all the following described pieces, or parcels of land; All that certain tract of land situate in Bradford Township, bounded and described as follows;   Beginning at a point in the Northern boundary of the Corydon road and in the west line of the Mill Lot sold to Peter T.Kennedy by D.E.Haffey; thence by the Northern boundary of said Corydon road two hundred six and one half (206-1/2) rods, more or less, to a post three (3) rods and eleven (11) links North 50-1/2) degrees East from a hemlock stump the Northwesterly corner of a lot deeded by D.Kingsbury to Artemus Houghton by deed dated Jany.1st, 1857; thence west twenty four and 2/10 rods, more or less, to the southern boundary of railroad lands as graded, staked and surveyed; thence by said southern boundary of railroad lands to a point due North of the place of beginning; thence south by the western line of Mill lot to the place of Beginning. Containing thirty (30) acres, more or less, and being the same land conveyed to C.S.Whitney by Wm.Mack, by deed dated April 21, 1877, and recorded in Deed Book "X" page 1 etc. ALSO, that certain other lot of land situate in the City of BrAdford, and bounded as follows;   Beginning at a post at the North east corner of lot number four (4) in the City (formerly Borough) of Bradford; thence North 2-3/4° West thirty one and one-tenth (31-1/10) rods to a post in the center of Washington St; thence west twenty two and 6/10 (22-6/10) rods to a post; thence south fifty eight and one half (58-1/2°) degrees west forty eight and four tenths (48-4/10) rods to a post; thence south twenty (20) rods to a post; thence west eighteen (18) rods to a post; thence north eight and four tenths (8-4/10) rods to a .......... in the Southern boundary of the Railway; thence south westerly twenty eight (28) rods to a post in said boundary of railway; thence south twenty five (25) rods to center of Corydon street; thence North 73° East thirty seven (37) rods to a post by center of Corydon street; thence North 88-1/2° East thirty five rods and eight tenths (35-8/10) rods to a post; the corner of lot number 69; thence North ten (10) rods to a post and stones; thence North 43° East seventeen rods and sixteen hundredths of a rod to a post; thence east fifteen (15) rods to the place of beginning Containing twenty two (22) acres and one half of an acre, be the same more or less, being the property known as the Mill Lot in Bradford Borough---now Bradford City--- Excepting and reserving from the force and effect of this conveyance the three several lots situate on Mechanic street heretofore deeded to George Bodine, Philip Nusbaum and the Producers Consolidated Land and Petroleum Company---and being the same land conveyed to C.S.Whitney by Diantha E.Haffey and John K.Haffey, her husband, by deed dated Sept.28, 1877, and recorded in the Recorders office of McKean County in Deed Book Vol.X page 4, etc., and excepting also a lot here-

tofore deeded to Elliott--and subject to rights of way of National Transit Company for gas
lines and tank site, Provided, however, and it is expressly understood and agreed that the par
ty of the second part, its successors and assigns shall drill no more wells upon this tract--
the two tracts last above described-- but shall remove the oil therein, thereon or thereunder
by means of the wells now upon the same which said wells they shall have the full, free and
uninterrupted right to maintain and operate for the purpose of removing said oil and gas, exc-
ept that said second party may and shall have the right to drill one more well upon that part
of said land described as follows;  Beginning at a point in the Corydon Raod where the west
boundary of the City of Bradford intersects said road; thence westerly along said Corydon road
to a post the corner of land contracted by C.S.Whitney and S.A.Wheeler to D.A.Burnett by
Articles dated May 7th, 1883; thence north 35° West along line of said land contracted to
Burnett twenty five (25) rods to the Railroad limit; thence Northeasterly along line of rail-
road limit to a point where the Southwesterly point of land deeded to Phillip Storner by deed
dated Dec.5, 1885, touches the Southerly limit of said Railroad being also a point where the
northerly bank of the west Branch of Tuna Creek intersects said southerly Railroad limit;
thence along and down the Northerly bank of said West Branch of Tuna Creek and its various
windings to a point in the west line of the City of Bradford; thence southerly along said west
boundary line of the City of Bradford to the place of beginning---hereby conveying and intend-
ing to convey to second party the oil and gas right only in and to the above and hereinbefore
described tracts of land and subject to certain leases made by C.S.Whitney to Lewis Emery Jr.
W.R.Weaver and L.E.Hamsher and dated May 15th, 1890--Together with the right of ingress, egress
egress and regress to the said party of the second part; its successors and assigns, by its-
elf, its agents and employes to and from said above and herein described premises at all times
to bore, mine, excavate, pump, raise, store, transport and remove the oil and gas from said
lands except as hereinbefore restricted with the right to erect and maintain such structures
and buildings thereon as may be necessary for the use of the employees and for operating said
property---except on lots mapped and staked out as building lots as aforesaid-- and to do any
and everything necessary to successfully operate said property for oil and gas.  The oil and
gas in the land above described were conveyed by Charles S.Whitney to Lewis Emery Jr., W.R.
Weaver and L.E.Hamsher by deed dated July 16th, 1890, recorded in Deed Book Vol.58, page 122 et
TOGETHER with the oil wells, rigs, boilers, engines, tubing, casing, rods, tanks, machinery,
pipe, fittings etc. thereon and to the said oil and gas right belonging or in anywise apper-
taining.  ALSO, All the oil and gas in, under and upon all that certain piece, parcel or tract
of land situate in Hamilton Township, McKean County, Pennsylvania, bounded and described as
follows;  Beginning at the south west corner of Warra nt No.4911; thence North three hundred
and ten (310) rods to a post and south west corner of Warrant No.4910; thence east three hun-
dred forty two and one fourth (342-1/4) rods to a post; thence south five and one half (5-1/2)
rods to a post; thence East sixty six and three fourths (66-3/4) rods to a post; thence south
fifty four and one half (54-1/2) rods to a post; thence east thirteen and one fourth (13-1/4)
rods to a post; thence South two hundred and fifty (250) rods to a post; thence west four
hundred twenty two and one fourth (422-1/4) rods to the place of beginning.  Containing eight
hundred and ten and three fourths (810-3/4) acres.  Being the west part of Warrant 4911.

Together with the right of free ingress, egress and regress over, across and upon said land suf-
ficient to insure to the said party of the second part, its successors and assigns, the proper
enjoyment of the said oil and gas.  ALSO, All those certain leasehold estates bounded and desc-
ribed as follows;  First;  All that certain leasehold estate situate in the City and Township of
Bradford, County of McKean and State of Pennsylvania, bounded and described as follows;  On the
North by lands of or late of J.W.Brennan and D.Harris; on the east by the Estate of the late D.
Kingsbury and B.Pike and heirs; on the south by heirs of L.Hawkins and Mary Dikeman; on the west
by the East Branch of the Tunungwant Creek; Containing two hundred and fifteen acres, more or
less, including in the above description Lots Nos.130, 132, 378 and 174, and being the same prem-
ises originally leased as follows;  One half interest in which was leased by Benjamin Dikeman to
L.G.Perk by lease dated July 21st, 1875, and by L.G.Perk assigned to C.S.Whitney, Wheeler and Co.
by assignment dated the 20th day of December, 1875, which lease and assignment are recorded in
Recorders office of said County in Miscellaneous Book "D" page 501 etc., July 1, 1876, and by
Charles S.Whitney and Samuel A.Wheeler, members of the firm of C.S.Whitney, Wheeler and Co.,
above named, assigned to C.S.Whitney, Trustee, by assignment dated June 21st, 1877, and record-
ed Feb.10, 1886, in Deed Book 32, page 235 etc. and by Charles S.Whitney, Trustee, assigned to
C.S.Whitney and S.A.Wheeler by assignment dated January 2, 1878, and recorded March 25th, 1878,
in Miscellaneous Book "G", page 107 etc, and the other one half interest in said tract of land
was leased by A.T.Newell to Joseph Post by Lease dated August 16th, 1875, and recorded with the
assignment of the same interest by Joseph Post to John H.Galey, dated Jany.3rd, 1876, in Miscel-
laneous Book "D", pages 283 and 284 etc., and which one half interest so leased to Joseph Post
and assigned to John Gailey was transferred to Whitney, Wheeler & Co., by virtue of Sheriffs
sAle by execution to No.1, June Term, 1876, issued on Judgment of Robert H.Galey Jr., et al.
against John H.Galey and sold on the 14th day of March, 1876, and by Whitney, Wheeler and Co.,
assigned, as above recited in the other part of the same tract---and the interest of Samuel A.
Wheeler in said leasehold estate was transferred to Charles S.Whitney by assignment dated July
1st, 1889, and recorded July 26th, 1889, in Mortgage Book Vol."11", page 6 etc.  TOGETHER with
the oil wells, boilers, engines, all carpenter rigs, tanks, tubing, casing, line pipe, steam
boxes and all fittings, fixtures, machinery and appurtenances situated thereon and thereunto bel-
onging.  SUBJECT, however, to all the terms and conditions of said original leases--i.e. to the
payment of one eighth (1/8) royalty for all oil and one eighth of all gas sold or used off the
premises so leased and also subject to certain agreements not to drill on lots of land sold to
Myra L.Love and Effie A.Cassidy, and also not to drill on certain other portions of said tract
of land described and mentioned in certain agreements from C.S.Whitney, one dated April 24th, XXX
1877, and the other dated July 1st, 1888.  V SECOND;  Also all that certain other leasehold est-
ate situate in Bradford City, McKean County, Pennsylvania, bounded and described as follows;
Containing about four and 5/10 (4-5/10) acres, more or less, being the same conveyed to Amelia
Campbell and T.J.Campbell by Anna L.Newell, Administratrix, and Ervin C.Estey, Administrator, of
the Williard M.Newell Estate, lying on the East bank of the Tunungwant Creek and adjoining the
highway and lot owned by John Brannan and being the same land leased by T.J.Campbell and Amelia
Campbell his wife, to Charles S.Whitney and son, lease dated October 6th, 1875, and by H.P.
Whitney and C.S.Whitney, and Son, assigned to C.S.Whitney by assignment dated Feby.6th, 1886, all

of which original lease and assignment is recorded in Deed Book Vol.32, page 203 etc., SUBJECT to all the terms and conditions of said original lease---Together with the oil wells, boilers, engines, rigs, tanks, all tubing, casing, fittings, fixtures, machinery and appurtenances situated thereon and thereunto belonging. THIRD; Also all that certain other leasehold estate in the City of Bradford, County of McKean and State of Pennsylvania, bounded and described as follows; On the North by land of T.J.Campbell; on the East by road on the East side of the Tuna Creek; on the south by Farm of B.Dikeman and A.T.Newell; on the West by the East Branch of the Tuna Creek, Containing about eight acres (8), and being the same land leased by J.W. Brennan to C.S.Whitney and P.T.Kennedy by lease dated October 29th, 1875, and by P.T.Kennedy assigned to C.S.Whitney Sept.7th, 1876-- and also all the first parties interest in and to all the oil or mineral right in said tract of land conveyed by J.W.Brennan to C.S.Whitney by assignment dated June 21st, 1876, and recorded in Miscellaneous Book "E" page 267--and subject to the terms and conditions in said lease and assignments-- TOGETHER with the oil wells, boilers, engines, all rigs, tanks, tubing, casing, fittings, fixtures, machinery and appurtenances situated thereon and thereunto belonging. The above described leaseholds being part of the same conveyed by C.S.Whitney to L.Emery Jr., W.R.Weaver and L.E.Hamsher by Indenture dated July 15, 1890, recorded in the Recorders office in and for McKean County, Pennsylvania, in Deed Book Vol.58, page 156 etc. ALSO, All that certain leasehold estate situate, lying and being in the Township of Bradford, County of McKean and State of Pennsylvania being all those certain lots of the Quintuple Oil Company described as follows, to wit; Lot No.thirty three (33) containing six and thirty eight one hundredths (6-38/100) acres; Lot thirty four, ten (10) acres; Lot thirty five, ten (10) acres; Lot fifty seven (57) ten (10) acres; Lot fifty eight (58) ten (10) acres; Lot one hundred and nineteen (119) ten (10) acres; Lot one hundred and twenty (120) ten (10) acres; Lot one hundred and twenty one (121) ten (10) acres; Lot one hundred and twenty four (124) ten (10) acres; Lot one hundred and twenty five (125) ten (10) acres; Lot one hundred and twenty six (126) ten (10) acres; Lot two hundred and twenty eight (228) ten, (210) acres; Lot two hundred and twenty nine (229) ten (10) acres; Lot two hundred and thirty (230) ten (10) acres; Lot two hundred and forty four (244) Ten (10) acres; Lot two hundred forty five (245) ten (10) acres; Lot two hundred forty six (246) ten (10) acres; Lot two hundred and forty seven (247) ten (10) acres; Lot two hundred and forty (240) ten (10) acres; Lot two hundred and forty one (241) ten (10) acres; Lot two hundred and fifty (250) eight and seventy five one hundredths (8.75) acres; Lot two hundred and fifty one (251) eight and sixty one one-hundredths (8-61/100) acres; Lot two hundred and sixty four (264) twenty one and nonety-one one hundredths (21-91/100) acres; Lot two hundred and sixty five (265), twenty(?) acres; Lot two hundred and ninety five (295) twenty seven and seventy two one hundredths (27.72) acres; and the North one half of Lot two hundred and eleven (211) containing eight (?) sixteen one hundredths (8-16/100) acres; as located surveyed, mapped and staked out by L. Gorton, Surveyor. Being the same leasehold estate granted by Lewis Emery Jr., W.R.Weaver, L.E.Hamsher, S.A.Wheeler, Producers Consolidated Land and Petroleum Company and South Penn Oil Company to Lewis Emery Jr., W.R.Weaver and L.E.Hamsher by Indenture of deed dated January (?), 1895, together with all the oil wells, boilers, engines, rigs, tanks, tubing, casing, rods, pipe, machinery, tools, fittings, fixtures etc., now situate upon the said leaseholds and

the same belonging or in anywise appertaining.  ALSO, All that certain other leasehold estate situate, lying and being in the Township of Bradford, County of McKean and State of Pennsylvania bounded and described as follows;  Being the west half of Lot known as the Toad Hollow lot of lands of the Estate of Wm.S.Morris, deceased.  BEGINNING at a point the Northeast corner of the West half of lot of land known as the Toad Hollow lot of the lands of the Estate of Wm. S.Morris deceased, thence by the land of J.E.Blair, South 62° West two thousand one hundred and forty-five (2145) feet to a post; thence south about 14° West six hundred and sixty (660) feet to a post running by lands of J.E.Blair; thence about 60° East nine hundred and ninety (990) feet by the lands of the Quintuple Oil Company to a post; thence East by lands now owned by Emery Oil Company eight hundred twenty five (825) feet to a post; thence south four hundred ninety four (494) feet to a post; thence South four hundred eight and eight tenths (408-8/10) feet to a post; thence East two thousand five hundred and seventeen and five tenths (2517-5/10) feet to the place of beginning, Containing fifty two (52) acres of land, more or less.  ALSO, All that certain other parcel or tract of land situated in same Township, County and State, bounded and described as follows; Being the East half of the lot known as the Toad Hollow lot of the lands of the estate of Wm.S.Morris, deceased,  Beginning at a post on the West Bank of the Tunungwant Creek;  Thence West two thousand seven hundred and twenty two and five-tenths (2722-5/10) feet to a post; thence South three hundred and thirty (330) feet to a post; thence west one thousand three hundred and fifty five and two tenths (1355-2/10) feet to a post; thence North one thousand two hundred and ninety seven and five tenths (1297.5) feet to a post; thence east five hundred and seventy seven and five tenths (577-5/10) feet to a post; thence South five hundred and seventy-seven and five tenths (577-5/10) feet to a post; thence east two thousand two hundred and seventy three (2273) feet to a post on the east line of highway; thence South by  east line of said highway ninety (90) feet to a post; thence east nine hundred and eighty seven (987) feet to a post on the west bank of said  Creek; thence by the bank of said Creek about three hundred (300) feet to the place of beginning.  CONTAINING fifty two acres (52) of ⅩⅩ land, more or less.  Being the same granted by Charles W.Morris and wife to Emery Oil Company by Indenture dated August 31, 1895, the term of which lease was extended by Indenture dated October 26th, 1896, as to part of said land, said lease and stipulation of extension being recorded in the Recorders Office in and for McKean County in Deed Book No.92, page 61, etc., together with the oil wells, boilers, engines, rigs, tanks, tubing, casing, rods, pipe, machinery, tools, fittings, fixtures etc., now on said lease-hold and to the same belonging or in anywise appertaining.  ALSO, All that certain other leasehold estate situate, lying and being in the Township of Bradford, County of McKean and State of Pennsylvania bounded and described as follows; Lot d, Beginning at a stake by the west side of the road leading to Bradford and one hundred and eighty (180) feet South of the South west corner of Newells lot; thence following the west side of the said road North five hundred and fifteen (515) feet to the North west corner of the said Newell lot; thence east one thousand two hundred and ninety two feet (1292) to the West branch of the East branch of the Tunungwant Creek; thence following the west bank of said Creek North three hundred thirty five (335) feet to the North east corner of the said lot; thence west two thousand seven hundred eighty six (2786) feet, more or less, to a stake; thence south five hundred seventy six (576) feet; thence west one thousand three hundred twenty (1320) feet to the Northwest corner of the said lot;

137

thence south two hundred ninety four and eight tenths (294.8) feet to the southwest corner of said lot; thence east two thousand nine hundred sixty one (2961) feet to the place of beginning, CONTAINING fifty two and thirty five one hundredths (52.35) acres. Being the same granted by Emma A.Bell to Lewis Emery Jr., W.R.Weaver and L.E.Hamsher, trading as Emery Oil Company, by Indenture of Lease dated April 10th, 1902, TOGETHER with the Oil Wells, boilers, engines, rigs, tanks, tubing, casing, rods, pipe, machinery, tools, fittings, fixtures, etc., now on said leasehold and to the same belonging or in anywise appertaining. ALSO, All that certain ohher leasehold estate, situate, lying and being in the Township of Bradford, County of McKean State of Pennsylvania, bounded and described as follows; Lot C, Beginning at the Southeast corner of said lot by the West bank of the East Branch of the Tunungwant Creek and following the said Creek as follows; N.12° E.105 ft; thence N.55° East 330 ft;   thence N. 15° E.200 ft;   thence N.4° W. 90 ft; to the North east corner of the said lot; thence west 1369-5/10 ft. to the road leading to Bradford; thence South on the said road 180 ft;   thence West 2961 ft. to the Northwest corner of the said lot; thence South 505 ft. to the Southwest corner of the said lot; thence east 3980 and 1/10 ft. to the creek aforesaid, the place of beginning,  CONTAINING 52 and 35/100 acres. Being the same granted by Adeline S.Burton and husband to Lewis Emery Jr., W.R.Weaver and L.E.Hamsher, trading as Emery Oil Company, by Indenture dated Dec.1, 1900, recorded in the Recorders office in and for McKean County in Deed Book Vol.113, at page 419 etc., TOGETHER with the oil wells, boilers, engines, rigs, tanks, tubing, casing, rods, pipe, machinery, tools, fittings, fixtures, etc., now situate upon the said leasehold and to the same belongingor in anywise appertaining.  ALSO, All that certain other leasehold estate, situate, lying and being in the Township of Bradford, County of McKean and State of Pennsylvania, bounded and described as follows;  Lot B, Beginning at the S.E. corner on the west bank of the East Branch of the Tunungwant Creek; thence following the said West bank of the said Creek as follows;  N.9° E.30 feet;  thence N.41° E.100 feet;  thence N. 56° E.  230 feet; thenceN.45° W. 420 feet; thence N.12° E. 55 feet to the N.E. corner of lot hereby described; thence W. 3930-1/10 feet to the N.W. corner of said lot; thence S.519-7/10 feet to the S.W. corner of the said lot; thence E.1320 feet; thence S.44 feet to the N.E. corner of Lot A;   thence E. 2697-5/10  feet to the place of beginning,   CONTAINING fifty two and 35/100  (52.35) acres. Being the same granted by Julia M.Helenbrook and husband to Lewis Emery Jr., W.R.Weaver and L.E.hamsher, trading as Emery Oil Company, by Indenture dated December 5th, 1900, recorded in the Recorders Office in and for McKean County in Deed Book Vol.113, page 436, etc., together with the oil wells, boilers, engines, rigs, tanks, tubing, casing, rods, pipe, machinery, tools, fittings, fixtures etc., now situate upon the said hold and to the same belonging or in anywise appertaining. ALSO, Ath that certain other hold estate, situate, lying and being in the Township of Lafayette, County of McKean and State of Pennsylvania, bounded and described as follows;   Beginnging at the South west corner of Lot No.170 of the allotment of the lands of the Bingham Estate in Lafayette Township as now sold to John McKeown; thence along the west line of said lot North three degrees east hundred and sixty eight perches and three tenths; thiance along the South line of Warrant North eighty seven degrees and three fourths west ninety seven perches; thence along line of Warrant No.2266 South three degrees west one hundred and sixty-eight perches

tenths; and thence along the North line of lot No.149 leased to Thomas W.Green and Matt Donalue

South eighty seven degrees east ninety seven perches to the place of beginning.  Containing one

hundred and two acres and three tenths of an acre, strict measure, be the same more or less.  It

being Lot No.169 of the allotment of the Bingham lands in Lafayette Township aforesaid and part

of Warrant No.2267, being the same leasehold estate granted by the Trustees of the Bingham Estate

to Lewis Emery Jr., by Indenture dated March 29th, 1904,  Together with the oil wells, boilers,

engines, rigs, tanks, tubing, casing, rods, pipe, machinery, tools, fittings, fixtures, etc.,

now situate upon the said leasehold and to the same belonging or in anywise appertaining,  ALSO

All those certain seven oil wells, rigs, tanks, tubing, casing, rods, pipe, machinery, fittings

etc., situate  and being on Warrant No.2266, in the Township of Lafayette, County of McKean

and State of Pennsylvania, and on part of the second piece of land described in the conveyance

made by Daniel Goettel to the Emery Oil Company by Indenture dated December 18th, 1883, recorded

in the Recorders office in and for McKean County, Pa., in Mortgage Book "R", page 340 etc. ALSO

All that certain other leasehold estate, situate, lying and being in the Township of Bradford,

County of McKean and State of Pennsylvania, bounded and described, as follows, to wit;  BOUNDED

on the East by the Merrison and Tibbits Farms; on the West by the lands of one Cross; On the

North by Cross and Morris lands; and on the South by the Morris Farm;  CONTAINING about thirty

(30) acres, more or less;  Being the same created by that certain indenture of lease dated April

26th, 1876, made by Truman M.Stoddard and wife to Lewis Emery Jr.,  TOGETHER with the oil wells,

boilers, engines rigs, tanks, tubing, casing, rods, pipe, machinery, tools, fittings, fixtures

etc., now situate upon the said leasehold and to the same belonging or in anywise appertaining.

THIS CONVEYANCE IS MADE AND ACCEPTED subject to all the restrictions, reservations, limitat-

ions and conditions contained in the several deeds and leases hereinbnefore mentioned or / refer-

red to, and ALSO subject to that certain indenture of deed made by Lewis Emery Jr., et.al. to

R.J.Gates, dated August 8th, 1904, recorded in the Recorders Office in and for McKean Countyin

Deed Book Volume 131, page 356 etc., conveying the standing and down trees upon part of the lands

hereinbefore described, with a limited period within which to remove same, but, nevertheless, it

is hereby intended to convey without limitation or restriction so many of the standing and down

trees upon part of the land hereinbefore described as are conveyed by said R.J.Gates to Lewis

Emery Jr. et.al., by two Indentures of Deeds dated respectively one on the 17th day of June, 1901

recorded in the Recorders office in and for McKean County, Pa., in Deed Book Vol.115, page 415,

the other dated July 24th, 1901, recorded in the Recorders Office in and for McKean Co., Pa.,

in Deed Book Vol.115, page 454, etc. And ALSO subject to that certain lease for oil and gas pur-

poses made by the Emery Oil Company to N.J.Deming, dated March 18th, 1898, for Lot No.16, of

what is known as the Minard Run Tract and being part of the piece or parcel of land first herein

described, XXXXX said Lot 16 containing one hundred acres (100) of land, more or less. ALSO sub-

ject to right of way granted by L.Emery Jr. et.al., to United Natural Gas Company by Indenture

dated July 12th, 1895, over part of the lands herein described  located in Warrants Nos.2274,

2275, 2278 and 2260.  SAID PARTIES OF THE FIRST PART EXCEPT AND RESERVE out of the piece or par-

cel of land first herein described forty one and 66/100 (41.66) acres, part of Lots Nos.7 and 8

of what is known as the Minard Run Tract and same conveyed by Emery Oil Company to Allen A.

_____ by Indenture dated April 13th 1886.

THE PARTIES OF THE FIRST PART HERETO hereby intend to convey all their right, title and interest, of every nature and kind whatsoever, which they may have or be entitle to in any and all of the lands, leaseholds and property hereinbefore described.   TOGETHER with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversions, remainders, rents, issues and profits thereof-  AND also, all the estate, right  title, interest, property, claim and demand whatsoever, as well in law as in equity, of the said parties of the first part, of, in, or to the above described premises, and every part and parcel thereof, with the appurtenances.   TO HAVE AND TO HOLD all and singular the above mentioned and described premises, together with the appurtenances, unto the said party of the second part, its successors and assigns forever.   IN WITNESS WHEREOF, the said parties of the first part have hereunto set their hands and seals the day and year first above written.

|                           |          |
|---------------------------|----------|
| EMERY OIL COMPANY         |          |
| By LEWIS EMERY JR         | (SEAL)   |
| L.E.HAMSHER               | (SEAL)   |
| Surviving Partners.       |          |
| LEWIS EMERY JR            | (SEAL)   |
| ELIZABETH A.EMERY         | (SEAL)   |
| L.E.HAMSHER               | (SEAL)   |
| SARA G.HAMSHER            | (SEAL)   |
| HELEN A.WEAVER            | (SEAL)   |
| E.GENEVIEVE GREEN         | (SEAL)   |
| GEORGE E.GREEN            | (SEAL)   |
| MABELLE E.HAZELTON        | (SEAL)   |
| COURTNEY E.HAZELTON       | (SEAL)   |
| CLARENCE E.WEAVER         | (SEAL)   |

State of New York, County of Niagara......SS;

On this 31st day of May A.D. 1906, before me, the subscriber, and for said County personally came the above named E.Genevieve Green and husband who in due form of law acknowledged the foregoing Indenture to be their act and desired that the same might be recorded as such.  Witness my hand and Notarial day and year aforesaid.

W.E.McCOMB, Notary Public

(NOTARIAL SEAL)   My commission expires Mch.31, 1906.

State of Pennsylvania, County of McKean.....SS;

On this 2" day of June, A.D.1906, before the subscriber a Notary Public in and for said County, personally came the above named Lewis Emery Jr., and Elizabeth A.Emery ,his wife, L.E.Hamsher and Sara G.Hamsher, his wife, Helen A.Weaver, Mabelle W.Hazelton and Courtney E.Hazelton, her husband, and Clarence E.Weaver, in due form of law acknowledged the foregoing Indenture to be their act and deed and desired that the same might be recorded as such.

N.B.PARKER, Notary Public.

(NOTARIAL SEAL)   My commission expires at the end of the next session of the Senate.

217

DEED

LEWIS RUN MANUFACTURING
COMPANY

TO

UNITED STATES OF AMERICA

ENTERED OCT. 17, 1938

_ _ _A.R. Anderson_ _ _
RECORDER

_ _ _H.F. Backus_ _ _
DEPUTY

$45. I. R. Stamps canc'd.

*Arrows, and description and consideration correct JHW 11/4/38*

O.E.D.
10-4-38

THIS INDENTURE, Made and entered into this 14th day
of October, in the year of our Lord One Thousand Nine
Hundred and Thirty-eight (A.D. 1938) between the LEWIS
RUN MANUFACTURING COMPANY, a corporation organized and
existing under the laws of the State of Pennsylvania,
with principal place of business at Bradford, Pennsyl-
vania, party of the first part, and the UNITED STATES
OF AMERICA, party of the second part.

WITNESSETH: That the party of the first part for and
in consideration of the sum of Forty-four Thousand
Eight Hundred Twenty-Eight Dollars ($44,828.00) to it
in hand paid, the receipt whereof is hereby acknowledg-
ed, has granted, bargained, sold and conveyed and by
these presents does hereby grant, bargain, sell and
convey to the UNITED STATES OF AMERICA, and its assigns

forever, the following described parcel or tract of land designated as Tract #380 by the
United States Forest Service, situate on the waters of Lewis Run, a tributary of the East
Branch of Tunungwant Creek, a tributary of the Allegheny River, being all of Warrants 2265
and 2276, and parts of Warrants 2275, 2278, 3903, 2277, 3436, 3437 and 3904, in Lafayette
Township, McKean County, Pennsylvania, more particularly described as follows, viz:

All bearings in this description are turned from the true meridian and all distances are
expressed in chains.      BEGINNING at CORNER 1 which is corner 1 of the E. A. Williams
Tract (108ck), the northeast corner of Lot 1, the corner common to Warrants 2265 and 3436,
in the south line of Warrant 2276, beside two 2" pipe lines bearing East, a F. S. standard
concrete post in a mound of stones, marked 167;

Thence S 89° 44' W with part of line 6-1 reversed of the said Tract (108ck), with part
of the north line of Lot 1, with the line common to Warrant 3436 and to Warrants 2276 and
3437, at 2.50 chains passing the corner common to Warrants 3437-2276, 39.00 chains to COR-
NER 1A, which is corner 5 of the Lewis Run Manufacturing Company Tract (380-I), the south-
east corner of the Arnott Lot, in line 6-1 of said Tract (108ck), in the line common to
Warrants 3437-3436, 0.25 chain south of Lewis Run, a 2" iron pipe with a metal tag marked
LR MFG. Co. 62, a small mound of stones around the pipe.

Thence NORTH with the east line of the Arnott Lot, with line 4-5 reversed of said Tract
(380-I), 12.75 chains to Corner 1B, which is corner 4 of said Tract (380-I), a 2" x 48"
iron pipe in a mound of stones;      Thence westerly with line 3-4 reversed of said Tract
(380-I), 24.47 chains to CORNER 1C, which is corner 3 of said Tract (380-I), a 14" beech
blazed on four (4) sides, from which a small stone pile bears N 40° E 0.10 chain distant;
scribed the beech in the bark FS-1C-380;

Thence SOUTH with line 2-3 reversed of said Tract (380-I), 12.80 chains to CORNER 1D,
which is corner 2 of said Tract (380-I), the southwest corner of the Arnott Lot, in the
line common to Warrants 3437-3436, a 2" x 48" iron pipe in a mound of stones;

Thence easterly with line 1-2 reversed of said Tract (380-I), with the line common to
Warrants 3437-3436, 11.67 chains to CORNER 2, which is corner 1 of said Tract (380-I), and
corner 6 of said Tract (108ck), the northwest corner of Lot 1, in the line common to War-
rants 3436-3437, a F. S. standard concrete post in a mound of stones, marked 797-3437-3436;

Thence S 1° 21' E with line 5-6 reversed of said Tract (108ck), with the west line of
Lot 1, passing within Warrant 3436, 34.16 chains to CORNER 3, which is corner 5 of said
Tract (108ck), the corner common to Lots 1-2, a 2" iron pipe in a mound of stones;

Thence S 1° 08' E with part of line 4-5 reversed of said Tract (108ck), with part of the
west line of Lot 2, 29.41 chains to CORNER 4, the corner common to lands of the Northwest-
ern Mining & Exchange Company, in line 4-5 of said Tract (108ck), in the west line of Lot
2, in a second growth of birch, maple and cherry on a flat, a point from which a 2" iron
pipe in a mound of stones bears S 89° 11' W 0.07 chain, a 2" x 48" iron pipe in a mound of
stones;      Thence S 89° 11' W with land of Northwestern Mining & Exchange Company,
60.06 chains to CORNER 5, the corner common to land of Northwestern Mining & Exchange Com-
pany, 2" iron pipe in stones, with a metal tag marked L.R. MFG. CO. 74, a 2" x 48" iron
pipe in a mound of stones;      Thence N 1° 15' W in part with land of Northwestern Min-
ing & Exchange Company, and in part with land of Margaret Bishop, 40.81 chains to CORNER 6

Thence N 1° 22' W with line 3-4 reversed of said Tract (52a), with the east line of Lot 53, 23.45 chains to CORNER 7 which is corner 3 of said Tract (52a), the corner common to land of H. Hamlin Estate, the northeast corner of Lot 53, in the line common to Warrants 3436—3437, a F. S. standard concrete post in a mound of stones, marked 796-3437-3436;

Thence with three (3) lines common to land of H. Hamlin Estate, N 89° 57' E with part of the south line of Lot 400, with the line common to Warrants 3436—3437, 15.64 chains to CORNER 8, the southeast corner of Lot 400, in the line common to Warrants 3436-3437, on the east bank of a spring run flowing N 44° E, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 81, a 2" iron pipe in a mound of stones;

N 0° 09' W with the east line of Lot 400, passing within Warrant 3437, 26.67 chains to CORNER 9, the northeast corner of Lot 400, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 83, a 2" iron pipe in a mound of stones;

N 89° 48' W with part of the north line of Lot 400, 18.64 chains to CORNER 10, the corner common to lands of H. Hamlin Estate and Geo. B. Haines, common to Lots 429 and 422, a 2" iron pipe with a metal tag marked L.R. MFG. CO. 85, with 3 cherry pointers, set the 2" iron pipe in the ground;        Thence N 0° 35' W with land of Geo. B. Haines, with the line common to Lots 422-429, 24.23 chains to CORNER 11, the corner common to land of Geo. B. Haines, the corner common to Lots 422-427-429, in the center of the Marshburg-Bradford Road, a point from which a 2" iron pipe bears S 0° 25' E 0.26 chain distant.  From the true corner S 0° 35' E 0.51 chain distant, a F. S. standard concrete post in stones, mark-ed 1147-WC-1937, for a witness corner;        Thence N 60° 05' E in part with land of Geo. B. Haines, in part with land of H. Hamlin Estate, and in part with land of Northwestern Mining & Exchange Company, with the northwest line of Lot 429, along the center of the Marshburg-Bradford Road, 33.94 chains to CORNER 12, the corner common to the land of North-western Mining & Exchange Company, common to Lots 401-429-430, in the center of the Marsh-burg-Bradford Road, a point from which a 2" iron pipe bears S 4° 38' W 0.24 chain distant. From the true corner S 0° 35' W. 0.46 chain distant, a F. S. standard concrete post in a mound of stones, marked 1148-WC-1937, for a witness corner;

Thence with nine (9) lines common to the land of Northwestern Mining & Exchange Company, S 0° 35' W with part of the line common to Lots 401-429, following a marked line, 14.89 chains to CORNER 12A, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 91, set the 2" iron pipe in a few stones;        S 0° 15' E with part of the line common to Lots 401-429 following a marked line, 28.40 chains to CORNER 13, the corner common to Lot 401, 1.80 chains southwest of a spring run flowing S 55° E, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 93, a 2" iron pipe in a few stones;

N 54° 48' E with the line common to Lot 401, 36.72 chains to CORNER 14, the corner com-mon to Lot 401, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 96, a 2" iron pipe in a mound of stones;        S 0° 17' W with the line common to Lot 401, 22.50 chains to CORNER 15, the corner common to Lot 401, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 98, a 2" iron pipe in a mound of stones;

N 44° 46' E with the line common to Lot 401, 48.29 chains to CORNER 16, the corner com-mon to Lot 401, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 102, a F. S. stand-ard concrete post in a mound of of stones, marked 1149-1938;

N 0° 12' W with the line common to Lot 401, 4.69 chains to CORNER 17, the corner common to Lot 435, in the line common to Lot 401, a 3/4" iron pipe with a metal tag marked L. R. MFG. CO. 103, with four (4) cherry witnesses, a 2" x 48" iron pipe in a mound of stones;

N 49° 19' E with the line common to Lot 435, 15.19 chains to CORNER 17A, the corner com-mon to Lot 435, a 2" iron pipe in a mound of stones;

N 47° 38' E with the line common to Lot 435, 9.47 chains to CORNER 18, the corner common to Lot 435, a 1" iron pipe between two large rocks, a 2" x 48" iron pipe in the ground;

N 7° 38' W with the line common to Lot 435, 42.57 chains to CORNER 19, the corner common to lands of Northwestern Mining & Exchange Company and E. J. Van Scoy Estate, common to Lot 435, in the center of the Marshburg-Bradford Road, a point from which an iron pipe bears S 7° 38' E 0.36 chain distant.  From the true corner S 7° 38' E 0.69 chain distant a F. S. standard concrete post in a mound of stones, marked 1152-WC-1937, for a witness corner;

Thence N 41° 50' E with land of E. J. Van Scoy Estate, along the center of the Marshburg-Bradford Road, 20.53 chains to CORNER 20, the corner common to lands of the Northwestern Mining & Exchange Company and E. J. Van Scoy Estate, the west corner of Lot 439, in the center of the Marshburg-Bradford Road, a point. From this point S 47° 37' E 0.78 chain distant, a F. S. standard concrete post in a mound of stones, marked 1153-WC-1937;

Thence with two (2) lines common to land of Northwestern Mining & Exchange Company, S 47° 37' E, with the southwest line of Lot 439, 38.36 chains to CORNER 21, the south corner of Lot 439, in maple and cherry on a gentle south slope, a 2" iron pipe in a mound of stones, a 2" x 48" iron pipe in a mound of stones;

N 47° 51' E with part of the southeast line of Lot 439, 4.56 chains to CORNER 22, the corner common to land of Minard Run Oil Company, in the southeast line of Lot 439, a 1" iron pipe with a metal tag marked L. R. MFG. CO. 114 beside a large rock, a 2" x 48" iron pipe in a mound of stones;      Thence with four (4) lines common to land of Minard Run Oil Company, S 89° 33' E 37.31 chains to CORNER 23, a 1" iron pipe with a metal tag marked L. R. MFG. CO. 117, set the 1" iron pipe in a mound of stones;

N 0° 29' W following a marked line, 15.17 chains to CORNER 23A, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 118. Set the 2" iron pipe in the ground;

N 0° 18' E following a marked line, 17.87 chains to CORNER 24, in the southeast line of Lot 443, a 1" iron pipe with a metal tag marked L. R. MFG. CO. 119, with beech and birch pointers, a 2" x 48" iron pipe in a mound of stones;

N 48° 07' E with the line common in part with Lot 443, and in part with Lot 445, 14.27 chains to CORNER 25, the corner common to lands of Minard Run Oil Company and Northwestern Mining & Exchange Company, common to Lots 445-447, in the line common to Warrants 2286-2277, 0.68 chain north of the Tidewater Pipe Company pipe line bearing N 70° E, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 120, from which a cleared line bears N 10° W, a F. S. standard concrete post in a mound of stones, marked 1154-2286-2277;

Thence S 89° 56' E with lands of Northwestern Mining & Exchange Company and Quintuple Oil Company, with the line common to Warrants 2286 and 2285 in Bradford Township, and Warrants 2277 and 2278 in Lafayette Township, at approximately 58.90 chains passing the northwest corner of Lewis Run Borough, 87.66 chains to CORNER 26, the corner common to lands of G. W. Foster and Quintuple Oil Company in the line common to Warrant 2285 in Bradford Township and Warrant 2278 in Lewis Run Borough, 0.06 chain north of Foster Brook flowing S 80° E, a point, a F. S. standard concrete post in a mound of stones, marked 1155;

Thence S 1° 18' E with land of G. W. Foster, passing within Warrant 2278 and Lewis Run Borough, 5.74 chains to CORNER 27, the corner common to land of G. W. Foster, in the north line of land of W. A. Foster, on a north slope, in a fence bearing east and west, a 3" iron pipe in a few stones, a 2" x 48" iron pipe in a few stones; an oil well bears N 47° E 0.04 chain distant.      Thence S 89° 47' W with land of W. A. Foster, following an old wire fence, 17.86 chains to CORNER 28, the corner common to land of W. A. Foster, a 2" iron pipe, in a mound of stones;      Thence S 0° 48' E, in part with land of W. A. Foster and in part with land of David Eymer Estate, 26.15 chains to CORNER 29, the corner common to land of David Eymer Estate, a 2" iron pipe in a mound of stones.

Thence N 88° 52' E with land of David Eymer Estate, following a wire fence, 3.62 chains to CORNER 30, the corner common to land of David Eymer Estate, at intersection of wire fences bearing south and west, a point, a 2" x 48" iron pipe in a mound of stones.

Thence S 0° 31' E in part with land of David Eymer Estate, and in part with land of E. A. Satterly, following a wire fence, 17.41 chains to CORNER 31, the corner common to land of E. A. Satterly at the intersection of wire fences bearing north and west, a point, a 2" x 48" iron pipe in a mound of stones.      Thence S 89° 18' W with land of E. A. Satterly, following a wire fence, 10.33 chains to CORNER 32, the corner common to land of E. A. Satterly, on a gentle south slope at intersection of wire fences bearing south and east, a point, a 2" x 48" iron pipe in a mound of stones.

Thence S 0° 27' E in part with land of E. A. Satterly and in part with land of Peter P. Zamberlan, 17.73 chains to CORNER 33, the corner common to lands of Peter P. Zamberlan, at the corner of wire fences bearing north and east, a pile of stones, a 2" x 48" iron pipe in a mound of stones.      Thence with two (2) lines common to land of Peter P. Zamberlan, N 89° 20' E, following a wire fence, 6.04 chains to CORNER 34, at the intersection of wire fences bearing south, east and west, a point, a 2" x 48" iron pipe in a mound of stones.

S 2° 27' E, following a wire fence, 7.42 chains to CORNER 35, the corner common to lands of Peter P. Zamberlan and F. P. Bell, a 2" iron pipe in a pile of stones with beech and ironwood witnesses, a 2" iron pipe in a mound of stones.

Thence with two (2) lines of land of F. P. Bell, S 15° 01' W, following a marked line, 7.50 chains to CORNER 36, on a flat 0.60 chain north of Miam Road, a 2" iron pipe, in the ground. Corner 3 of EXCEPTION I bears S 15° 07' W 0.79 chain distant.

S 89° 48' E, following a marked line, 6.40 chains to CORNER 37, the corner common to

lands of F. P. Bell, on the northwest side of the Timbuck-Bradford Highway, 0.58 chain from the center thereof, a 2" iron pipe. Set the 2" iron pipe in the ground; the north-east corner of a stone gate post bears S 26° 13' W 0.575 chain distant; the southwest cor-ner of a culvert headwall bears N 63° E 0.23 chain distant.

Thence S 32° 09' E, crossing the Timbuck-Bradford Highway, 0.89 chain to CORNER 38, the corner common to land of John P. Boyle and Harry E. Camp, in the line common to Warrants 2275-2278 in the south boundary of Lewis Run Borough in the south edge of Miam road, 0.58 chain southeast of the center of the Timbuck-Bradford Highway, a 2" iron pipe. Set the 2" iron pipe flush with the level of the road; the southeast corner of the north stone gate post bears N 81° W 0.78 chain distant; the northeast corner of the south stone gate post bears S 76° W 0.95/distant. chain      Thence with three (3) lines of land of John P. Boyle and Harry E. Camp, S 89° 29' E, with the line common to Warrants 2275-2278, with the south boundary of Lewis Run Borough, 5.30 chains to CORNER 39, in the line common to Warrants 2275-2278, 0.73 chain east of an old railroad grade, a 2" iron pipe, a F. S. standard con-crete post in a mound of stones, marked 1156-2278-2275-1937.

N 89° 52' E, with the line common to Warrants 2275-2278, with the south boundary of Lew-is Run Borough, 17.82 chains to CORNER 40, in the line common to Warrants 2275-2278, a 1-1/2" iron pipe in stones, a 2" x 48" iron pipe in a mound of stones.

N 0° 05' E, passing within Warrant 2278 and Lewis Run Borough, 15.58 chains to CORNER 41, the corner common to lands of John P. Boyle and Harry E. Camp, and Valley Hunt Club, a 1-1/2" iron pipe, a 2" x 48" iron pipe in the ground.

Thence with two (2) lines of land of Valley Hunt Club, S 43° 11' E, 4.85 chains to CORNER 42, a 1" iron pipe, a 2" x 48" iron pipe in a few stones.

N 46° 59' E, 18.20 chains to CORNER 43, the corner common to lands of Valley Hunt Club and Walter Haven Estate, a 1" iron pipe, a 2" x 48" iron pipe in a mound of stones.

Thence with three (3) lines of land of Walter Haven Estate, following an old wire fence, S 43° 02' E, 6.45 chains to CORNER 44, a point at intersection of wire fences bearing northwest and northeast, a 2" x 48" iron pipe in a mound of stones.

N 46° 03' E, approximately following a wire fence, 5.76 chains to CORNER 45, in a wire fence, a 2" iron pipe, a 2" x 48" iron pipe in a mound of stones.

N 1° 51 W 1.36 chains to CORNER 46, the corner common to lands of Walter Haven Estate and James Sweeney, on a northwest slope at the intersection of wire fences running north, south and west, a 2" iron pipe, a 2" x 48" iron pipe in stones.

Thence N 0° 38' W, with land of James Sweeney, following a wire fence, 13.26 chains to CORNER 47, the corner common to lands of James Sweeney and C. Costanzo, on a flat in a barnyard about 1.5 feet south of the southwest corner of a wood shed, in a wire fence, a point, a 2" x 48" iron pipe in the ground.

Thence with two (2) lines of land of C. Costanzo, N 84° 31' E, 1.53 chains to CORNER 48, in a field on a flat, a point, a F. S. standard concrete post 14" in the ground, marked 1157; the southeast corner of Costanzo's house bears N 51° 30' W, 1.25 chains distant.

N 1° 07' W, 1.86 chains to CORNER 49, the corner common to lands of C. Costanzo and the Healey Petroleum Corporation, in the center of the old location of Big Shanty Road which is also in the center of the present road, a point from which a 1" iron pipe in Costanzo's driveway bears S 1° 07' E, 0.41 chain distant. From the true corner S 1° 07' E, 0.41 chain distant set the 1" iron pipe in the ground for a witness corner; from the witness corner, a 6" elm bears S 59° E 0.47 chain distant; the northeast corner of Costanzo's house bears S 86° W 0.805 chain distant.     Thence with lands of the Healey Petroleum Corporation and others, along the center of the old location of Big Shanty Road as it meanders, the following courses and distances:

| S 67° 31' E 9.02 chains to a point | S 23° 19' E 4.89 chains to a point |
| S 47° 09' E 6.65 " " " | S 40° 20' E 1.23 " " " |
| S 44° 55' E 7.73 " " " | S 50° 16' E 4.67 " " " |
| S 34° 40' E 10.20 " " " | S 27° 57' E 9.66 " " " |
| S 30° 19' E 8.92 " " " | S 14° 05' E 4.16 " " " |
| S 35° 15' E 10.52 " " " | S 5° 25' E 6.65 " " " |
| S 31° 57' E 10.94 " " " | S 7° 46' W 5.43 " " " |
| S 12° 22' E 3.56 " " " | S 12° 56' E 3.73 " " " |
| S 16° 44' E 4.12 " " " | S 4° 03' E 3.08 " " " |
| S 30° 28' E 3.03 " " " | S 12° 25' E 4.69 " " " |
| S 34° 10' E 3.54 " " " | S 1° 28' E 2.70 " " " |

the corner common to land of Bovaird and Canaan in the line common to Warrants 2266-2275, in the center of the Big Shanty Road, a point from which a 3" x 3" concrete post marked 333 bears S 88° 59' W, 0.38 chain distant. From this point S 88° 59' W, 0.38 chain distant beside the concrete post, set a F. S. standard concrete post in a mound of stones, marked 1158-2275-2266 WC, for a witness corner.

Thence with four (4) lines of land of Bovaird & Canaan, S 88° 59' W, with the line common to Warrants 2275-2266, following a marked line, 33.87 chains to CORNER 51, in the line common to Warrants 2275-2266, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 3, with a beech witness. Set the 2" iron pipe in a mound of stones.

S 89° 03' W, with the line common to Warrants 2275-2266, following a marked line, 50.75 chains to CORNER 52, in the line common to Warrants 2275-2266, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 10, with 2 cherry and 2 beech witnesses, a 2" iron pipe in a mound of stones.       N 89° 43' W, with the line common to Warrants 2275-2266, following a marked line, 6.46 chains to CORNER 53, in the line common to Warrants 2275-2266, a fallen cherry stake and a 2" iron pipe in stones with cherry and maple pointers, a 2" x 48" iron pipe in a mound of stones.       S 88° 44' W, with the line common to Warrants 2275-2266, following a marked line, 30.47 chains to CORNER 54, the corner common to Warrants 2276-2275-2266-2265, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 13, a F. S. standard concrete post in a mound of stones, marked 1159.

S 2° 15' E, in part with land of Bovaird and Canaan and in part with land of South Penn Oil Company, with the line common to Warrants 2265-2266, following a marked line, 87.09 chains to CORNER 55, the corner common to lands of South Penn Oil Company and K. C. Moody, common to Warrants 2265-2266-2264-3903, on a flat, 0.40 chain west of a 20" pipe line bearing S 16° W, a fallen stake and two 2" iron pipes, one with a metal tag marked L. R. MFG. CO. 22, set a 2" iron pipe in a mound of stones.

Thence S 1° 55' E, with land of K. C. Moody, with the line common to Warrants 3903-2264, 1.62 chains to CORNER 56, the corner common to lands of K C. Moody and Northwestern Mining & Exchange Company, in the line common to Warrants 3903-2264, in the right of way of the United Natural Gas Company 20" pipe line bearing S 16° W, a 1-1/2" iron pipe, a F. S. Standard concrete post in a mound of stones, marked 1160-1937.

Thence S 84° 00' W with land of Northwestern Mining & Exchange Company, passing within Warrant 3903, 0.93 chain to CORNER 57, the corner common to lands of Northwestern Mining & Exchange Co., a 2" iron pipe with a metal tag marked L. R. MFG. CO. 24, a 2" x 48" iron pipe in a few stones.       Thence S 2° 42' E, in part with land of Northwestern Mining & Exchange Company, in part with land of K. C. Moody, and in part with land of Minard Run Oil Company, following a marked line, 41.20 chains to CORNER 58, the corner common to lands of Minard Run Oil Company and J. F. Magee, in the line common to Warrants 3903-2264 at the intersection of marked lines north and west, a stake 2' northeast of an abandoned well, a 2" x 48" iron pipe in the ground.

Thence with two (2) lines of land of J. F. Magee, S 86° 49' W, passing within Warrant 3903, 26.23 chains to CORNER 59, 0.03 chain southeast of a well, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 30, a 2" x 48" iron pipe in a mound of stones.

S 2° 22' E, 19.07 chains to CORNER 60, the corner common to lands of J. F. Magee and Minard Run Oil Company, in a clearing on a flat, 3' northeast of a well, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 32, a 2" x 48" iron pipe in a few stones.

Thence with two (2) lines of land of Minard Run Oil Company, N 89° 33' W, 6.71 chains to CORNER 61, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 33, set the 2" iron pipe in a mound of stones.       S 2° 07' E, 26.84 chains to CORNER 62, the corner common to lands of Minard Run Oil Company and Bingham Estate, in the line common to Warrants 3903-2256, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 35, a F. S. standard concrete post 14" in the ground marked 1161-3903-2256.

Thence S 88° 19' W with land of Bingham Estate, with the line common to Warrants 3903-2256, 23.06 chains to CORNER 62A, the corner common to lands of Bingham Estate and Kendall Refining Company, in the line common to Warrants 3903-2256, a 2" iron pipe with old beech and maple witnesses. Set the 2" iron pipe in a few stones.

Thence S 88° 41' W, in part with land of Kendall Refining Company and in part with land of Bingham Estate, with the line common to Warrants 3903-2256, following a marked line, at 27.91 chains passing in line a 2" iron pipe set on east side of the highway as a road post, 95.13 chains to CORNER 63, the corner common to lands of Bingham Estate and South Penn Oil Company, the southeast corner of Lot 5, the corner common to Warrants 3435-3903-

2256-3433, a 2" iron pipe with a metal tag marked L. R. MFG. CO. 43, a 2" x 48" iron pipe in a mound of stones.        Thence N 1° 14' W with land of South Penn Oil Company, with the east line of Lot 5, the line common to Warrants 3435-3903, following a marked line, 47.28 chains to CORNER 64, which is corner 1 of the W. J. Knupp Tract (77m), the corner common to land of South Penn Oil Company, common to Lots 4-5, in the line common to Warrants 3435-3903, a F. S. standard concrete post in a mound of stones, marked 798-3435-3903.

Thence N 0° 58' W with line 4-1 reversed of said Tract (77m), with the line common to Warrants 3435-3903, 14.09 chains to Corner 65, which is corner 4 of said Tract (77m), the corner common to land of E. H. Bryner, in the line common to Warrants 3435 and 3903, a 2" x 48" iron pipe in a mound of stones.        Thence N 0° 59' W with land of E. H. Bryner, with the line common to Warrant 3435-3903, 15.61 chains to CORNER 66, which is corner 1 of the Marie Eldred Tract (368), the corner common to land of E. H. Bryner, common to Lots 3-4, in the line common to Warrants 3435-3903, a 2" x 42" iron pipe in a mound of stones.

Thence N 0° 40' W with line 6-1 reversed of said Tract (368), with the East boundary of Lot 3, with the line common in part to Warrants 3435-3903 and in part to Warrants 3436-2265, 34.25 chains to CORNER 67 which is corner 6 of said Tract (368) and corner 3 of the E. A. Williams Tract (108ck), the corner common to Lots 2-3, in the line common to Warrants 3436-2265, a 2" x 42" iron pipe in a mound of stones.

Thence N 0° 42' W, with line 2-3 reversed of said Tract (108ck) with the east boundary of Lot 2, with the line common to Warrants 3436-2265, 34.07 chains to CORNER 68 which is corner 2 of said Tract (108ck), the corner common to Lots 1-2 in the line common to Warrants 3436-2265, a 2" iron pipe in a mound of stones.

Thence N 1° 17' W with line 1-2 reversed of said Tract (108ck) with the line common to Warrants 3436-2265, 33.40 chains to the PLACE OF BEGINNING, CONTAINING Six thousand four hundred ten (6410) acres of land, but subject to the deduction of six (6) acres of land for an interior holding, a description of which follows, which reduces the net acreage to six thousand four hundred four (6404) acres of land, be the same more or less.

The above mentioned interior holding comprising six (6) acres of land, is located in the northwest corner of Warrant 2275, is owned by G. J. Peters and known as the "Lafayette Club". It is designated "EXCEPTION I" and the said six (6) acre parcel is not conveyed by this deed and is more fully and particularly described as follows, viz:

BEGINNING at CORNER 1, common to land of G. J. Peters, in the west line of the abandoned right of way of the Bradford and Western Pennsylvania Railroad Company, in the Timbuck-Bradford Road #219, a point. From this point N 68° 49' W, 0.525 chain distant, a F. S. standard concrete post in a mound of stones, marked 1162-WC-1937, for a witness corner; from the witness corner, the southwest corner of a stone gate post at the entrance to the Lafayette Club bears N 50° E 0.38 chain distant, a 24" elm with F. S. witness marks bears N 15° W, 0.12 chain distant.        Thence with six (6) lines of land of G. J. Peters, N 68° 49' W, 5.45 chains to CORNER 2, on a northeast slope, a 1" iron pipe, a 2" x 48" iron pipe in the ground.        N 17° 56' E 9.56 chains to CORNER 3, in the line common to Warrants 2278-2275, the south boundary of Lewis Run Borough, on the south edge of Miam Road, a 1/2" iron pipe at the end of record distance, a 2" x 48" iron pipe in the ground; corner 36 of the Lewis Run Manufacturing Company Tract (380) bears N 15° 07' E, 0.79 chain distant;

N 89° 24' E, with the line common to Warrants 2278-2275, along the south boundary of Lewis Run Borough, 5.64 chains to CORNER 4, in the line common to Warrants 2278-2275, in the West line of the Timbuck-Bradford Highway #219, 60' from the center line thereof, approximately in the center of Miam Road, a point. No corner set; corner 38 of said Tract (380) bears N 89° 24' E, 1.46 chains distant.

S 22° 55' W with the west line of said Highway #219, 7.10 chains to CORNER 5, 60' from the center of said Highway #219, a 1" iron pipe, a 2" x 48" iron pipe in the ground; a 20" hemlock with F. S. witness marks bears N 29° W, 0.54 chain distant; a 3" pine bears N 55° E, 0.15 chain distant.        S 69° 38' E, crossing the Highway, 1.75 chains to CORNER 6, in the west line of the abandoned right of way of the Bradford and Western Pennsylvania Railroad Company, a 1" iron pipe, a 2" x 48" iron pipe in the ground; no bearing trees available.        S 31° 09' W with the west line of the abandoned right of way of the Bradford and Western Pennsylvania Railroad Company, 4.64 chains to the PLACE OF BEGINNING, containing six (6) acres of land, be the same more or less.

EXCEPTING from this conveyance all gas, oil and mineral rights and rights of way and easements outstanding and of record in third parties.

TO HAVE AND TO HOLD The said parcels or tract of land with the appurtenances thereunto

belonging, subject to the hereinbefore exception, unto the said UNITED STATES OF AMERICA, and its assigns forever.      The party of the first part does hereby covenant that it will warrant generally the property hereby conveyed.

The execution of this conveyance by the proper officers of said Lewis Run Manufacturing Company has been duly authorized by a Resolution of the stockholders of said Lewis Run Manufacturing Company adopted at a special meeting of said stockholders held on June 21, 1938.      The said Lewis Run Manufacturing Company doth hereby constitute and appoint Thos. H. Kennedy to be its attorney for it and in its name, and as and for its corporate act and deed to acknowledge this Indenture before any person authorized by the Commonwealth of Pennsylvania to take such acknowledgment, to the intent that the same may be duly recorded.

IN WITNESS WHEREOF, the proper officers of the said Lewis Run Manufacturing Company have hereunto set their hands and affixed the corporate seal of this Company the day and year first above written.

LEWIS RUN MANUFACTURING COMPANY

By    THOS H KENNEDY
PRESIDENT

Attest:

F. P. BELL
Secty & Treasurer                                    (CORPORATE SEAL)

STATE OF PENNSYLVANIA  } SS.
COUNTY OF McKEAN

Be it remembered that on the 14th day of October  A. D. 1938, before me the subscriber, a Notary Public. in and for said County and State, personally appeared Thos. H. Kennedy the attorney named in the foregoing Indenture, and by virtue and in pursuance of the authority therein conferred upon him, acknowledged the foregoing Indenture to be the act and deed of the said Lewis Run Manufacturing Company.

Witness my hand and official seal, the day and year aforesaid.

RALPH M. GEORGE
Notary Public

(NOTARIAL SEAL)
My commission expires:
     March 2nd, 1941
     I hereby certify that the principal place of business of the United States of America, the above grantee, is Washington, D. C.

FRED A. HAENER.

_ _ _         _ _ _ _         _ _ _         _ _ _

DEED

HAMLIN BANK AND TRUST
COMPANY, EXECUTOR

TO

ROLLO A. OAKES

ENTERED SEPT. 30, 1938

_ _ _ A.R. Anderson _ _
RECORDER

_ _ _ W.F. Backus _ _
DEPUTY

THIS INDENTURE, made the 2nd day of September, 1938, between Hamlin Bank and Trust Company, executor under the last will and testament of Mary L. Oakes, late of the Borough of Mt. Jewett, County of McKean and State of Pennsylvania, grantor, and ROLLO A. OAKES, of the Borough of Mt. Jewett, County of McKean and State of Pennsylvania, grantee:

WHEREAS, Mary L. Oakes in her lifetime became seized of an undivided one-third interest in and to the lands hereinafter described;

AND WHEREAS, the said Mary L. Oakes died testate on the 25th day of April, 1937, her last will and testament bearing date the second day of January, 1937, having been duly entered for record in the office of the Register of Wills in and for the County of McKean on the third day of May, 1937, in Registers Docket "T", page 101 etc., and by the terms of which the Hamlin Bank and Trust Company was named as Executor, and was authorized, empowered and directed to grant and convey all the rest, residue and remainder of the property of the said Testatrix;

AND WHEREAS, the said fractional interest in the said lands hereinafter described was included in the said rest, residue and remainder of the property of the said Testatrix;

AND WHEREAS, Clyde S. Oakes and others did make, execute and deliver to the said Rollo A. Oakes a quit claim deed dated November 26, 1937, and recorded in the Recorder's office of McKean County in Deed Book Vol. 242, page 101 &c, for the lands and premises hereinaf-